# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF NEW YORK

NEW YORK STATE RIFLE & PISTOL ASSOCIATION, NC., AND
ROBERT NASH, AND BRANDON KOCH,
  Plaintiff(s),

vs

KEVIN P. BRUEN, IN HIS OFFICIAL CAPACITY AS
SUPERINTENDENT OF THE NEW YORK STATE POLICE, ET ANO,
  Defendant(s).

Index No.: 1:22-cv-00907 (GTS/CFH)
Filed Date: 08/31/2022

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK
COUNTY OF _Nassau_   SS.:

_Michael Maurer_, the undersigned, being duly sworn, deposes and says that I was at the time of attempting service over the age of eighteen and not a party to this action. I reside in the State of New York.

On _10/7/22_ at _1:37_ AM/**PM** I served the within CORPORATE DISCLOSURE STATEMENT, CERTIFICATE OF SERVICE, CONVENTIONAL TRACK NOTICE, GENERAL ORDER #25, AMENDED COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF, SUMMONS IN A CIVIL ACTION AND PROOF OF SERVICE on RODNEY K. HARRISON, IN HIS OFFICIAL CAPACITY AS COMMISSIONER OF THE SUFFOLK COUNTY POLICE DEPARTMENT AND LICENSING OFFICER FOR SUFFOLK COUNTY, Defendant(s).

Said service was effected at POE: Suffolk County Police Department 30 Yaphank Avenue, Yaphank, NY 11980 in the following manner:

☐ **Personal Service:** By delivering a true copy of each to the Defendant(s) personally.

☒ **Substitute Service:** By delivering a true copy of each at the above address which is the Defendant(s)'s ☒ usual place of business ☐ dwelling house (usual place of abode) within the state, with: (name) _Dona Smith_, (relationship) _Attorney - Authorized_, a person of suitable age and discretion, over the age of 16 years.

☐ **Affixing:** By affixing a true copy of each to the door at the above address which is the Defendant(s)'s ☐ usual place of business ☐ dwelling house (usual place of abode) within the state. Deponent was unable, with due diligence to find recipient or a person of suitable age and discretion, thereat, having called thereat: ___ m ___ m, ___ m, ___ m. Deponent talked to ___, at ___ who stated recipient ☐ lived ☐ worked at the service address above.

☒ **Mailing:** On _10-11-22_, deponent completed service by depositing a true copy of each properly sealed postpaid with first class postage and addressed to the recipient at above service address in an official depository under the exclusive care and custody of the U. S. Postal Service with no indication that legal documents were contained within. The envelope was marked PERSONAL AND CONFIDENTIAL. ☐ The mailing, was also made by certified mail reciept number _____, within one day after such delivery. ☐ A return receiept was requested.

☒ **Military Service:** I asked person spoken to whether recipient was presently in the military service of the United States Government or on active duty in the military service in the State of New York and was informed he/she was not.

Documents were properly endorsed with index number and date of filing.

Description of person process was left with:

Sex: _F_  Skin Color / Race: _white_  Hair Color: _Brown_  Approx. Age: _45_  Height: _5'5"_
Weight: _200_

Signed and sworn to before
me on this _11_ day of
_October_, 20_22_

_Sell._
NOTARY PUBLIC

x _Michael Maurer_
   (Print Name)
Lightning Legal Services, LLC
P. O. Box 9132
Albany, NY 12209
518.463.1049
ClienRef#:

GINA MARIE EANNUCCI
Notary Public - State of New York
NO. 01EA5075334
Qualified in Nassau County
My Commission Expires Mar 31, 2023

*166886*

Case 1:22-cv-00907-MAD-CFH   Document 13   Filed 09/30/22   Page 2 of 2

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:22-cv-00907 (GTS/CFH)

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Rodney K. Harrison, in his official capacity as Commissioner of the Suffolk County Police Department and Licensing Officer for Suffolk County
was received by me on *(date)* 10-6-22.

☐ I personally served the summons on the individual at *(place)*
_____ on *(date)* _____; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Doria Smith, Attorney, who is designated by law to accept service of process on behalf of *(name of organization)* Rodney K. Harrison, Suffolk County Commissioner on *(date)* 10-7-22 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: 10-11-22

Server's signature

Michael Maurer, Process Server
Printed name and title

Dix Hills, NY, Suffolk County
Server's address

Additional information regarding attempted service, etc: