

**COUNTY OF SUFFOLK**

STEVE BELLONE
SUFFOLK COUNTY EXECUTIVE

| | |
|---|---|
| **DENNIS M. COHEN**<br>**COUNTY ATTORNEY** | **DEPARTMENT OF LAW** |

October 27, 2022



Hon. Judge Mae A. D'Agostino
James T. Foley Courthouse
445 Broadway
Albany, New York 12207

Re: *NYS Rifle & Pistol Association, Inc., et al. v. Bruen, et al.*
Docket No.: 1:22-cv-00907

Hon. Judge D'Agostino:

This letter is submitted in order to request an extension of time to respond to the complaint on behalf of defendant Rodney K. Harrison, Commissioner of the Suffolk County Police Department.

At the outset, the undersigned would like to advise the Court that I am not admitted in the Northern District. I am an attorney in good standing in the Eastern District, where I have been admitted since 2004.

The reason for the request for an extension is twofold. First, the County of Suffolk was the victim of a cyber-attack on September 8, 2022. Since that time access to emails and our computer systems has been extremely limited, if available at all. Due to the limited communication created by the cyber-attack, the County Attorney's Office office was not aware of this complaint until two days ago, October 25th.

Second, no attorney in the Suffolk County Attorney's Office is currently admitted in the Northern District. One of the attorneys in the office, Deputy County Attorney Marc Lindemann, who is admitted in the Eastern District, is currently processing an application to be admitted to the Northern District.

I discussed these issues yesterday with Plaintiffs' counsel, James W. Porter, III, who graciously consented to an extension of time to November 17th.

This is the first request for an extension.

LOCATION
H. LEE DENNISON BLDG.
100 VETERANS MEMORIAL HIGHWAY   ♦

MAILING ADDRESS
P.O. BOX 6100
HAUPPAUGE, NY  11788-0099   ♦

(631) 853-4049
TELECOPIER (631) 853-5169

It is respectfully requested that the Court grant the extension.

Thank you.

Very truly yours,

Dennis M. Cohen
Suffolk County Attorney

*/s/ Susan A. Flynn*

By:     Susan A. Flynn
        Deputy County Attorney

Cc:     *Via Email*

        James W. Porter, III
        Bradley Arant Boult Cummings
        1819 Fifth Avenue North
        Birmingham, AL 35203

        Michael G. McCartin, Esq.
        Office of Attorney General – Albany
        The Capitol
        Albany, NY 12224

        Andrew Scott, Esq.
        Nassau County Attorney's Office
        One West Street
        Mineola, NY 11501

LOCATION
H. LEE DENNISON BLDG.
100 VETERANS MEMORIAL HIGHWAY    ♦    

MAILING ADDRESS
P.O. BOX 6100
HAUPPAUGE, NY 11788-0099    ♦    

(631) 853-4049
TELECOPIER (631) 853-5169

**DEPARTMENT OF LAW**
**SUFFOLK COUNTY**
**P.O. BOX 6100**
**HAUPPAUGE, NEW YORK 11788-0099**

U.S. DISTRICT COURT
JOHN M. DOMURAD, CLERK

OCT 31 2022

RECEIVED

neopost
10/27/2022
US POSTAGE $000.57

FIRST-CLASS MAIL

ZIP 11788-
041M12251574

Hon. Judge Mae A. D'Agostino
James T. Foley Courthouse
445 Broadway
Albany, New York 12207

1220732936 C012