**John Parker Sweeney**
Partner
jsweeney@bradley.com
202.719.8216 direct



November 4, 2022

**Via CM/ECF**
Honorable Christian F. Hummel
U.S. Magistrate Judge
United States District Court
Northern District of New York

      Re:   *New York State Rifle and Pistol Association, Inc v. Nigrelli,* No. 1:22-cv-00907 (MAD/CFH)

Dear Judge Hummel:

Pursuant to this Court's September 1, 2022 Order (Dkt. 4), counsel for the parties have conferred regarding the Civil Case Management Plan, which is currently due on November 23, 2022, and the Rule 16(b) conference, which is currently scheduled for November 30, 2022. The Court recently authorized Defendants Nigrelli and McNally to file a motion to dismiss by November 16, 2022.

In light of those Defendants' anticipated motion to dismiss, the parties respectfully request that the Court take the Rule 16(b) conference off calendar and stay all related deadlines until after the Court rules upon the motion. Until that motion is resolved, the parties cannot accurately advise the Court regarding the proposed deadlines and other items required by the Civil Case Management Plan. It would be inconvenient and potentially a waste of the parties' and the Court's resources to advance this litigation in parallel procedural postures.

Dated: November 4, 2022

                                          Respectfully submitted,

                                          <u>/s/ *John Parker Sweeney*</u>
                                          John Parker Sweeney
                                          Bradley Arant Boult Cummings LLP
                                          1615 L Street N.W., Suite 1350
                                          Washington, D.C. 20036

                                          Counsel for Plaintiffs

2

cc: All Counsel of Record by ECF
cc: Deputy County Attorney Marc Lindemann by Email and U.S. Mail