UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

NEW YORK STATE RIFLE & PISTOL ASSOCIATION, INC., *et al.*,

                              *Plaintiffs*,

      v.

STEVEN A. NIGRELLI, in his official capacity as Acting Superintendent of the New York State Police, *et al.*,

                              *Defendant*.

**NOTICE OF MOTION TO DISMISS**

1:22-CV-907

(MAD/CFH)

      PLEASE TAKE NOTICE that upon the State Defendants' Memorandum of Law in Support of the State Defendants' Motion to Dismiss Pursuant to Federal Rule of Civil Procedure 12(b)(1), and upon all prior proceedings, the State Defendants will move this Court at a date and time to be established by the Court at the United States District Court, Northern District of New York, Albany, New York, for an order dismissing the case pursuant to Federal Rule of Civil Procedure 12(b)(1), and granting such other and further relief as the Court deems just and proper.

Dated: Albany, New York
November 16, 2022

                          LETITIA JAMES
                          Attorney General
                          State of New York
                          *Attorney for the Defendant*
                          The Capitol
                          Albany, New York 12224

s/ *Michael McCartin*

                          MICHAEL G. McCARTIN
                          Special Counsel
                          Bar Roll No. 511158
                          (518) 776-2620
                          Michael.McCartin@ag.ny.gov

s/ *Shannan C. Krasnokutski*

                          Shannan Krasnokutski, Of Counsel
                          Assistant Attorney General
                          Bar Roll No. 512932
                          The Capitol
                          Albany, New York 12224
                          Tel.: (518) 776-2606
                          Shannan.Krasnokutski@ag.ny.gov

To:    All Attorneys of Record (via CM/ECF)