

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

LETITIA JAMES
ATTORNEY GENERAL

DIVISION OF STATE COUNSEL
LITIGATION BUREAU

Writer's Direct Dial: (518) 776-2620

February 1, 2023

By ECF

Hon. Mae A. D'Agostino
United States District Judge
James T. Foley U.S. Courthouse
445 Broadway
Albany, New York 12207

Re:   *New York State Rifle & Pistol Association, Inc. et al. v. Nigrelli, et al.*,
      1:22-cv-907 (N.D.N.Y.) (MAD/CFH)

Dear Judge D'Agostino:

As directed by the Court, Defendant Stephen Nigrelli, Acting Superintendent of the New York State Police, and Defendant Justice Richard J. McNally, respectfully write to provide the Court with a status report regarding the above-referenced case.

As the Court is aware, Plaintiffs here raise constitutional challenges against certain provisions of the Concealed Carry Improvement Act ("CCIA"), some of which are at issue in *Antonyuk v. Nigrelli*, No. 22-2908 (2d Cir.), which currently is on an expedited appeal track before the United States Court of Appeals for the Second Circuit. Oral argument on *Antonyuk* and four other expedited cases regarding the CCIA is scheduled for March 20, 2023.

Thank you kindly for your consideration of this matter.

Respectfully submitted,

*s/* *Michael McCartin*

Michael G. McCartin
Assistant Attorney General
Bar Roll No. 511158
Michael.McCartin@ag.ny.gov

cc: All counsel of record (via e-filing)