**John Parker Sweeney**
Partner
jsweeney@bradley.com
202.719.8216 direct



August 7, 2023

**Via CM/ECF**
Honorable Mae A. D'Agostino
U.S. District Judge
United States District Court
Northern District of New York

    Re:    *New York State Rifle and Pistol Association, Inc v. Nigrelli,* No. 1:22-cv-00907 (MAD/CFH)

Dear Judge D'Agostino:

    As directed by the Court, *see* ECF No. 32, Plaintiffs respectfully write to provide the Court with a status report regarding the above-referenced case.

    As the Court is aware, Plaintiffs here raise constitutional challenges against certain provisions of the Concealed Carry Improvement Act ("CCIA"), some of which are at issue in *Antonyuk v. Nigrelli*, No. 22-2908 (2d Cir.), as well as other cases before the United States Court of Appeals for the Second Circuit. *Antonyuk* and its companion cases were argued on March 20, 2023, and are now fully submitted. No decision has been issued yet by the Second Circuit.

Dated: August 7, 2023

                                                          Respectfully submitted,

                                                          /s/ *John Parker Sweeney*
                                                          John Parker Sweeney
                                                          Bradley Arant Boult Cummings LLP
                                                          1615 L Street N.W., Suite 1350
                                                          Washington, D.C. 20036

                                                          Counsel for Plaintiffs

cc: All Counsel of Record by ECF