Andrew R. Scott
88 Jefferson Street
Garden City, New York 11530
(516) 462-4730
ascott@nassauda.org

*Via ECF*

August 11, 2023

Clerk of the Court
United States District Court
Northern District of New York
James T. Foley U.S. Courthouse
Suite 509
445 Broadway
Albany, NY 12207

      Re:    New York Rifle & Pistol Association, Inc v. Bruen, et al.
              1:22-cv-00907-MAD-CFH
              Request to be removed as Counsel for Nassau County Defendants

Dear Clerk of Court:

      I appeared as the attorney for the Defendants in this action in my capacity as a Deputy County Attorney in Nassau County.  Deputy County Attorney Ralph Reissman has now appeared for these defendants.

      I resigned as a Deputy County Attorney and took a position as an Assistant District Attorney in February.  Now that a Deputy County Attorney has appeared on behalf of the Nassau County Defendants, I respectfully request that I be removed from the active ECF service list.

      Pursuant to Local Rule 11.1(b), since the same "firm", in this instance, the County Attorney's Office, still represents the Nassau County Defendants, a motion, or the filing of a consent to substitute counsel is required.  Nevertheless, I would like to clarify for all involved that I no longer represent these Defendants.

      Thank you for your attention to this matter.

                                        Very truly yours,

                                        Andrew R. Scott
                                        AS 7633