**John Parker Sweeney**
Partner
jsweeney@bradley.com
202.719.8216 direct



February 15, 2024

**Via CM/ECF**
Honorable Mae A. D'Agostino
U.S. District Judge
United States District Court
Northern District of New York

    Re:    *New York State Rifle and Pistol Association, Inc v. Chiumento,* No. 1:22-cv-00907 (MAD/CFH)

Dear Judge D'Agostino:

    The Court directed Plaintiffs to file a letter response to Defendant's request that Steven G. James, the Acting Superintendent of the New York State Police, be substituted as a Defendant for his predecessor, Dominick L. Chiumento. *See* ECF No. 50.

    Plaintiffs consent to Defendant's request.

| | |
|---|---|
| Dated: February 15, 2024 | Respectfully submitted, |
| | |
| | <u>/s/ *John Parker Sweeney*</u> |
| | John Parker Sweeney |
| | Bradley Arant Boult Cummings LLP |
| | 1615 L Street N.W., Suite 1350 |
| | Washington, D.C. 20036 |
| | |
| | Counsel for Plaintiffs |

cc: All Counsel of Record by ECF