# Exhibit A

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NEW YORK STATE RIFLE & PISTOL ASSOCIATION, INC., *et al.*,<br><br>Plaintiffs,<br><br>-against-<br><br>STEVEN G. JAMES, in his official capacity as Acting Superintendent of the New York State Police, *et al.*,<br><br>Defendants. | Case No. 1:22-cv-00907 (MAD/CFH)<br><br>**DECLARATION OF MICHAEL W. DEYO IN SUPPORT OF THE STATE DEFENDANTS' MOTION TO DISMISS** |

MICHAEL W. DEYO, pursuant to 28 U.S.C. § 1746, hereby declares as follows:

1. I am Counsel for the New York State Police ("NYSP"). This Declaration is based upon my personal knowledge and my review of documents and databases maintained by the NYSP in the normal course of business.

2. The NYSP maintains a database that contains records submitted by firearm licensing officers throughout the State of New York of individuals who have been issued licenses for the possession of pistols, revolvers, and/or semiautomatic rifles within the State (the "statewide license database").

3. On February 13, 2024, I directed that a search of the statewide license database be conducted to determine whether NYSP has a record of Thomas Stirnweis, a plaintiff in the above-captioned lawsuit, being issued a semiautomatic rifle, pistol, or revolver license.

4. According to the statewide license database, Thomas Stirnweis was first issued a pistol permit on November 15, 2018, and his pistol permit was renewed on November 1, 2023.

5. Following the Second Circuit's decision in *Antonyuk v. Chiumento*, 89 F.4th 271 (2d Cir. 2023), the NYSP removed from the pistol permit application form promulgated by the

NYSP Superintendent, a question that had previously asked applicants to provide a list of the applicant's current and former social media accounts.

6. I declare under penalty of perjury that to the best of my knowledge the foregoing is true and correct.

Dated: Albany, NY
March 7, 2024

Michael W. Deyo