# Exhibit B

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NEW YORK STATE RIFLE & PISTOL ASSOCIATION, INC., *et al.*,<br><br>Plaintiffs,<br><br>-against-<br><br>STEVEN G. JAMES, in his official capacity as Acting Superintendent of the New York State Police, *et al.*,<br><br>Defendants. | Case No. 1:22-cv-00907 (MAD/CFH)<br><br>**DECLARATION OF CHARLES DANIELS IN SUPPORT OF THE STATE DEFENDANTS' MOTION TO DISMISS** |

CHARLES DANIELS, pursuant to 28 U.S.C. § 1746, hereby declares as follows:

- I am the pistol permit clerk for Rensselaer County. This Declaration is based upon my personal knowledge.

- I process applications for pistol permits.

- In late summer 2022, Robert Nash came in person to my office to remove the hunting and target restrictions listed on his pistol permit. I processed his request by issuing him a new pistol permit card that had no restrictions listed.

- In early 2024, Brandon Koch came in person to my office to remove the hunting and target restrictions listed on his pistol permit. As with Mr. Nash, I processed his request by issuing him a new pistol permit card that had no restrictions listed.

- I declare under penalty of perjury that to the best of my knowledge the foregoing is true and correct.

1

Dated: Troy, NY
    [03/05/2024]

Charles Daniels