# Exhibit C

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| NEW YORK STATE RIFLE & PISTOL ASSOCIATION, INC., *et al.*, <br><br> Plaintiffs, <br><br> -against- <br><br> STEVEN G. JAMES, in his official capacity as Acting Superintendent of the New York State Police, *et al.*, <br><br> Defendants. | Case No. 1:22-cv-00907 (MAD/CFH) <br><br><br> **DECLARATION OF RALPH J. REISSMAN IN SUPPORT OF THE STATE DEFENDANTS' MOTION TO DISMISS** |

---

**RALPH J. REISSMAN**, pursuant to 28 U.S.C. § 1746, hereby declares as follows:

1.      I am a Deputy County Attorney in the office of Nassau County Attorney Thomas A. Adams, attorney for defendant Nassau County Police Commissioner Patrick J. Ryder. I have been assigned to defend this case and Commissioner Ryder. Pursuant to § 400.00 of the New York Penal law, Commissioner Ryder is the exclusive authority to issue licenses for pistols, revolvers, and/or semiautomatic rifles within the County of Nassau.

2.      As such, based on my personal review of Nassau County Police Department records, documents and files maintained by the Nassau County Police Department in the normal course of business, and based on my personal conversations with members of the Nassau County Police Department's Pistol License Section, to which Commissioner Ryder has delegated the task of reviewing, granting or denying applications for pistol licenses, I am fully familiar with the facts and circumstances set forth herein.

3.      Based on my review of Pistol License Section documents, and based upon my conversations with Sgt, William Russell of the Pistol License Section, and also Christopher V. Todd, Deputy Bureau Chief of the Nassau County Police Department's Legal Bureau, I have

determined that on May 19, 2023, the Nassau County Police Department issued a concealed carry

permit to Wayne Francis, a plaintiff in the above-captioned lawsuit.,

    4.      I declare under penalty of perjury that to the best of my knowledge the foregoing is

true and correct.


Dated: Mineola, New York
       March 7, 2024

 

/s/ Ralph J. Reissman
RALPH J. REISSMAN
Deputy County Attorney