

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

LETITIA JAMES
ATTORNEY GENERAL

EXECUTIVE OFFICE

March 12, 2024

**Via ECF**

The Honorable Mae A. D'Agostino
United States District Court for the Northern District of New York
James T. Foley United States Courthouse
445 Broadway
Albany, New York 12207

Re: *New York State Rifle & Pistol Association, Inc., et al. v. James, et al.*, No. 22-cv-907

Dear Judge D'Agostino,

This office represents Steven G. James, in his official capacity as Acting Superintendent of the New York State Police, and Justice Richard J. McNally, Jr., in his official capacity as Justice of the New York Supreme Court (together, the "State Defendants"). I write, with the consent of Plaintiffs, to request that the current briefing schedule for the State Defendants' motion to dismiss be amended, such that the Plaintiffs' opposition will be due on or before April 15, 2024, and the State Defendants' reply brief will be due on or before April 29, 2024.

Per the Court's January 10, 2024 text order lifting stay and resetting deadlines, the State Defendants were directed to amend an earlier motion to dismiss no later than March 8, 2024 and the Plaintiffs were directed to oppose that motion by April 8, 2024 (ECF No. 47). Under the Local Rules, any reply by the State Defendants would then be due on April 15, 2024. Due to a family obligation, I will be unavailable from April 11-14. I therefore request, with the consent of the Plaintiffs, that the Plaintiffs' time to oppose the State Defendants' motion to dismiss be extended by a week, and that the State Defendants time to reply be extended by a week.

I thank the Court for its time and consideration of this request.

Respectfully submitted,

*Molly Thomas-Jensen*

Molly Thomas-Jensen
Special Counsel
NDNY Bar Roll No. 75119
28 Liberty Street
New York, NY 10005
212-416-8679
Molly.Thomas-Jensen@ag.ny.gov

Cc: All counsel of record (Via ECF)