# COUNTY OF SUFFOLK



**EDWARD P. ROMAINE**
**SUFFOLK COUNTY EXECUTIVE**

**CHRISTOPHER J. CLAYTON**  **DEPARTMENT OF LAW**
**COUNTY ATTORNEY**

March 27, 2024

Hon. Mae A. D'Agostino, U.S.D.J.
United States District Court
Northern District of New York
James T. Foley United States Courthouse
445 Broadway
Albany, New York 12207

  Re: *New York State Rifle & Pistol Association, Inc., et al. v. James, et al.*
     22-CV-907

Dear Judge D'Agostino:

I am an Assistant County Attorney for the County of Suffolk and have been recently assigned to represent the Suffolk County Defendants in the above-captioned matter. Earlier today, I filed a notice of appearance on the matter. The case was formerly assigned to Assistant County Attorney Marc A. Lindemann who is no longer with our office. On behalf of the County Defendants, the undersigned respectfully requests permission to terminate Mr. Lindemann from the docket and all future notices.

I thank the Court in advance in anticipation of your cooperation.

Very truly yours,

Christopher J. Clayton
Suffolk County Attorney

*/s/ Stacy A. Skorupa*
By: Stacy A. Skorupa
   Assistant County Attorney

LOCATION    MAILING ADDRESS
H. LEE DENNISON BLDG.    P.O. BOX 6100    (631) 853-4049
100 VETERANS MEMORIAL HIGHWAY ♦ HAUPPAUGE, NY 11788-0099 ♦ TELECOPIER (631) 853-5169