**John Parker Sweeney**
Partner
jsweeney@bradley.com
202.719.8216 (direct)



April 15, 2024

**Via CM/ECF**
Honorable Christian F. Hummel
U.S. Magistrate Judge
United States District Court
Northern District of New York

      Re:   *New York State Rifle & Pistol Association, Inc. v. James*, No. 1:22-cv-00907 (MAD/CFH)

Dear Judge Hummel:

Plaintiffs in the above-captioned case seek, pursuant to Rule 15(a)(2) of the Federal Rules of Civil Procedure, the Court's leave to file a Second Amended Complaint. Counsel for Defendants have consented in writing to Plaintiffs filing a Second Amended Complaint. *See* Exhibit A. Attached to this letter are an unsigned copy of the proposed Second Amended Complaint (Exhibit B) and a "redline" copy showing the specific changes Plaintiffs propose to make (Exhibit C).

In these circumstances, Plaintiffs respectfully submit that a pre-motion court conference ordinarily required by Local Rule 7.1 is not necessary. Accordingly, Plaintiffs request that the Court grant Plaintiffs leave to file a Second Amended Complaint without a pre-motion court conference. In the alternative, should the Court deny Plaintiffs leave to file a Second Amended Complaint, Plaintiffs respectfully request that the Court set a deadline of 14 days after that denial for Plaintiffs to file a brief in opposition to the pending motion to dismiss. (ECF Nos. 30, 53).

April 15, 2024
Page 2

Dated: April 15, 2024　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　/s/ *John Parker Sweeney*
　　　　　　　　　　　　　　　　　　　　John Parker Sweeney
　　　　　　　　　　　　　　　　　　　　James W. Porter, III
　　　　　　　　　　　　　　　　　　　　Connor M. Blair
　　　　　　　　　　　　　　　　　　　　Bradley Arant Boult Cummings LLP
　　　　　　　　　　　　　　　　　　　　1615 L Street N.W., Suite 1350
　　　　　　　　　　　　　　　　　　　　Washington, D.C. 20036
　　　　　　　　　　　　　　　　　　　　Phone: 202-393-7150
　　　　　　　　　　　　　　　　　　　　Facsimile: 202-347-1684
　　　　　　　　　　　　　　　　　　　　jsweeney@bradley.com
　　　　　　　　　　　　　　　　　　　　Counsel for Plaintiffs

April 15, 2024
Page 3

## CERTIFICATE OF SERVICE

I hereby certify that on April 15, 2024, the foregoing was served, via the Court's CM/ECF Document Filing System, upon all registered CM/ECF users in this action.

                                                 */s/ John Parker Sweeney*
                                                 Counsel for Plaintiffs