UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NEW YORK STATE RIFLE & PISTOL ASSOCIATION, INC., *et al.*, | **NOTICE OF MOTION TO DISMISS** |
| Plaintiffs, | |
| -against- | Case No. 1:22-cv-00907 (MAD/CFH) |
| STEVEN G. JAMES, in his official capacity as Superintendent of the New York State Police, *et al.*, | |
| Defendants. | |

PLEASE TAKE NOTICE that upon the attached Memorandum of Law in Support of Superintendent Steven G. James' Motion to Dismiss Pursuant to Federal Rule of Civil Procedure 12(b)(1), and upon all prior proceedings, Superintendent Steven G. James will move this Court at a date and time to be established by the Court at the United States District Court, Northern District of New York, for an order dismissing the case pursuant to Federal Rule of Civil Procedure 12(b)(1), and granting such other and further relief as the Court deems just and proper.

Date: May 13, 2024

LETITIA JAMES
Attorney General
State of New York

*Attorney for Defendant*
*Superintendent James*

By: _____
Molly Thomas-Jensen
Special Counsel
Bar Roll No. 705119
28 Liberty Street
New York, NY 10005
(212) 416-8679
Molly.Thomas-Jensen@ag.ny.gov