

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

LETITIA JAMES
ATTORNEY GENERAL

EXECUTIVE OFFICE

August 28, 2024

**By ECF**

The Honorable Christian F. Hummel
United States Magistrate Judge, Northern District of New York
James T. Foley Courthouse
445 Broadway
Albany, NY 12207

    Re:    *New York State Rifle & Pistol Association, Inc., et al. v. James, et al.*, No. 22-CV-907

Dear Judge Hummel,

    This Office represents Defendants Steven G. James, in his official capacity as Superintendent of the New York State Police, in the above-referenced action.  I write pursuant to Local Civil Rule 11.1(b) to request that our former colleagues Michael McCartin and Shannan Collier Krasnokutski be withdrawn as counsel of record, and that their representation be removed from the docket.

    Michael McCartin has retired from government service, effective December 8, 2023, and Shannan Krasnokutski now works for a different agency. The Office of the Attorney General continues to represent Superintendent James in this matter, and I have appeared as counsel of record. See ECF 48.  We thank the Court for its time and consideration.

                  Respectfully submitted,

                  LETITIA JAMES
                  Attorney General
                  State of New York
                  <u>Attorney for the Superintendent Steven James</u>

By: *Molly Thomas-Jensen*
                  Molly Thomas-Jensen
                  Special Counsel
                  NDNY Bar Roll No. 75119
                  28 Liberty Street

Hon. Christian F. Hummel
August 26, 2024
Page 2 of 2

                        New York, NY 10005
                        (212) 416-8679
                        Molly.Thomas-Jensen@ag.ny.gov

cc: All Counsel of Record (by ECF)