**Connor Blair**
Partner
cblair@bradley.com
615.252.3887 direct



January 9, 2025

**Via CM/ECF**
United States District Court,
Northern District of New York
James M. Hanley Federal Building
And U.S. Courthouse
100 S. Clinton Street
Syracuse, New York 13261

      RE: *New York State Rifle & Pistol Association, Inc. v. Nigrelli*
          Case No.: 1:22-cv-00907 (MAD/CFG)
          Letter Motion to Withdraw

Dear Clerk:

    Please be advised that as of January 10, 2025, I will no longer be with the firm Bradley Arant Boult Cumming, LLP. At this time, I wish to withdraw as attorney of record for Plaintiffs, New York State Rifle & Pistol Association, Inc., Robert Nash, Brandon Koch, Thomas Stirnweis, Wayne Francis, Khourly Porter and Scott Noren.

    Thank you for your prompt attention to this matter

                        Very truly yours,

                        ***BRADLEY ARANT BOULT CUMMINGS, LLP***

                        /s/ *Connor M. Blair*
                        Connor M. Blair
                        Bradley Arant Boult Cummings LLP
                        1221 Broadway, Suite 2400
                        Nashville, TN 37203