

**Office of the New York State Attorney General**

**Letitia James Attorney General**

February 25, 2025

Hon. Paul J. Evangelista, U.S. Magistrate Judge
James T. Foley U.S. Courthouse
445 Broadway, Room 441
Albany, NY 12207

      Re: *New York State Rifle & Pistol Association, Inc., et al. v. Steven G. James, et al.* (Case No. 1:22-cv-00907) (MAD / PJE)

Dear Judge Evangelista,

This office represents Steven G. James, in his official capacity as Superintendent of the New York State Police. Earlier today, I conferred with counsel to all parties in this matter to discuss next steps in this litigation. I write with the consent of all parties to make two requests.

First, the Defendants seek additional time to answer. At present, the Defendants' answers are due this Friday, February 28, 2025. Plaintiffs have consented to Defendants' request for an additional two weeks to answer, which would change the deadline for Defendants' answer to Friday, March 14, 2025. We therefore request that the Court extend the Defendants' time to answer until March 14, 2025.

And second, as requested in ECF No. 82, counsel for all parties request that the Initial Conference on Friday, April 11, 2025 be held remotely.

We thank the Court for its time and consideration of these requests.

                                    Respectfully submitted,

                                    Molly Thomas-Jensen
                                    Special Counsel
                                    NDNY Bar Roll No. 75119
                                    28 Liberty Street, New York, NY 10005
                                    212-416-8679
                                    Molly.Thomas-Jensen@ag.ny.gov