UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

| | |
|---|---|
| NEW YORK STATE RIFLE & PISTOL ASSOCIATION, INC., ROBERT NASH, BRANDON KOCH, THOMAS STIRNWEIS WAYNE FRANCIS, KHOURY PORTER, and SCOTT NOREN, | NOTICE OF APPEARANCE |
| Plaintiffs, | Docket No.: 22-CV-907 (MAD/PJE) |
| -against- | |
| STEVEN G. JAMES, in his official capacity as Superintendent of the New York State Police, RODNEY K. HARRISON, in his official capacity as Commissioner of the Suffolk County Police Department, and Licensing Officer for Suffolk County, and PATRICK J. RYDER, in his official capacity as Commissioner of the Nassau County Police Department, and Licensing Officer for Nassau County, | |
| Defendants. | |

PLEASE TAKE NOTICE that the undersigned hereby appears on behalf of Defendant Steven G. James. Counsel's mailing address, telephone number and other contact information is set forth below. Undersigned appears in place and stead of AAG Thomas-Jensen.

Dated: April 2, 2025
      Albany, New York

LETITIA JAMES
New York State Attorney General
Attorney for Defendant James
The Capitol
Albany, New York 12224

By: *Jennifer J. Corcoran*

Jennifer J. Corcoran
Assistant Attorney General
Bar Roll No. 508740
Telephone: (518) 776-2581
Email: Jennifer.Corcoran@ag.ny.gov

To:    All Parties of Record (VIA ECF)