

**Office of the New York State Attorney General**

**Letitia James Attorney General**

April 2, 2025

**VIA ECF**
Magistrate Paul J. Evangelista
U.S. District Court, NDNY
James T. Foley Courthouse
445 Broadway
Albany, NY 12207

      Re:    *NYS Rifle & Pistol Ass'n, Inc., et al. v. James, et al.*
               22-CV-907 (MAD/PJE)

Dear Magistrate Evangelista:

      The above matter has recently been re-assigned to me with regard to representation of Superintendent James. It is my understanding that Mandatory Disclosures are currently to be made no later than this Friday, April 4, 2025. Given my recent assignment to this matter, Plaintiffs' counsel has graciously consented to extend my time to serve Mandatory Disclosures to May 5, 2025. Please advise if this extension is acceptable to the Court at your earliest convenience.

      Thank you for your courtesies in this matter.

                                                     Very truly yours,

                                                   *Jennifer J. Corcoran*

                                                   Jennifer J. Corcoran
                                                  Assistant Attorney General

cc:      All Counsel of Record (VIA ECF)