**COUNTY OF SUFFOLK**



**EDWARD P. ROMAINE**
SUFFOLK COUNTY EXECUTIVE

**CHRISTOPHER J. CLAYTON**  **DEPARTMENT OF LAW**
**COUNTY ATTORNEY**

April 29, 2025

Hon. Mae A. D'Agostino, U.S.D.J.
United States District Court
Northern District of New York
James T. Foley United States Courthouse
445 Broadway
Albany, New York 12207

Re:  *New York State Rifle & Pistol Association, Inc., et al. v. James, et al.*
     22-CV-907

Dear Judge D'Agostino:

I am an Assistant County Attorney for the County of Suffolk and have been recently assigned to represent the Suffolk County Defendants in the above-captioned matter. Earlier today, I filed a notice of appearance on the matter. The case was formerly assigned to Assistant County Attorney Stacy A. Skorupa. As I am now the file attorney for this matter, on behalf of the County Defendants, the undersigned respectfully requests permission to terminate Ms. Skorupa from the docket and all future notices.

I thank the Court in advance in anticipation of your cooperation.

Very truly yours,

Christopher J. Clayton
Suffolk County Attorney

*/s/ Arlene S. Zwilling*

By:  Arlene S. Zwilling
     Assistant County Attorney