**COUNTY OF SUFFOLK**



**EDWARD P. ROMAINE**
**SUFFOLK COUNTY EXECUTIVE**

**CHRISTOPHER J. CLAYTON**　　　　　　　　　　　　　　　　　　　　　　　　　**DEPARTMENT OF LAW**
**COUNTY ATTORNEY**

June 26, 2025

Hon. Paul J. Evangelista, U.S.M.J.
United States District Court, Northern District of New York
James T. Foley Courthouse
Suite 509
445 Broadway
Albany, NY 12207

Re: *NYSPRA, Inc. v. James*
　　CV 22-00907 (MAD) (PJE)

Dear Judge Evangelista:

The Suffolk County Attorney's Office represents defendant Rodney Harrison in his official capacity as Commissioner of the Suffolk County Police Department. Respectfully, I request an adjournment of the conference scheduled for July 7, 2025. I am unavailable on that date as I will be out of the country. Assistant County Attorney Stacy Skorupa, the attorney who previously represented defendant Harrison, will be on vacation that week and there is no other attorney in the office who is admitted to practice before the U.S. District Court for the Northern District of New York.

Counsel for plaintiffs and the New York State defendants consent to the requested adjournment. Assistant Attorney General Corcoran has informed me that she is also unavailable on the conference date. We ask that the conference be rescheduled to a date after August 20, 2025.

Both Assistant County Attorneys who have appeared for defendant Ryder have left the Nassau County Attorney's Office. I have emailed that office to seek its consent to the adjournment but have not received a response.

Respectfully submitted,

Christopher J. Clayton
Suffolk County Attorney

*/s/ Arlene S. Zwilling*
By:  Arlene S. Zwilling
Assistant County Attorney

LOCATION　　　　　　　　　　　　　　　　　MAILING ADDRESS
H. LEE DENNISON BLDG.　　　　　　　　　　P.O. BOX 6100　　　　　　　　　　　　　　　(631) 853-4049
100 VETERANS MEMORIAL HIGHWAY　♦　　HAUPPAUGE, NY  11788-0099　　♦　　TELECOPIER (631) 853-5169