# Exhibit 4

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| NEW YORK STATE RIFLE & PISTOL ASSOCIATION, INC., | ) ) ) | |
| ROBERT NASH, | ) ) | |
| BRANDON KOCH, | ) ) | |
| THOMAS STIRNWEIS, | ) ) | |
| WAYNE FRANCIS, | ) ) | |
| KHOURY PORTER, *and* | ) ) | |
| SCOTT NOREN | ) ) | |
| *Plaintiffs,* | ) ) ) | |
| v. | ) ) | Civ. Action No. 1:22-cv-00907-MAD-CFH |
| STEVEN G. JAMES, in his official capacity as Acting Superintendent of the New York State Police, | ) ) ) ) ) | |
| RODNEY K. HARRISON, in his official capacity as Commissioner of the Suffolk County Police Department, and Licensing Officer for Suffolk County, *and* | ) ) ) ) ) | |
| PATRICK J. RYDER, in his official capacity as Police Commissioner of the Nassau County Police Department, and Licensing Officer for Nassau County | ) ) ) ) ) | |
| *Defendants.* | ) ) | |

## DECLARATION OF BRANDON KOCH

I, Brandon Koch, hereby declare under penalty of perjury, that the following information is true to the best of my knowledge and state the following:

1.    I am over 21 years old. I am competent to make this declaration. I am providing this declaration based on my personal knowledge and experience.

2.    I am a citizen of the United States. I am a resident and citizen of the State of New York. I currently reside in East Greenbush, New York.

3.    I am a member of the New York State Rifle and Pistol Association.

4.    I am not a current or former police officer or member of the United States Armed Forces. My employment does not otherwise exempt me from any of the Concealed Carry Improvement Act's ("CCIA") firearm carry restrictions. I am not otherwise exempt from the CCIA's firearm carry restrictions.

5.    I have never been convicted of a felony and I am not addicted to any controlled substances or mentally infirm. I am not prohibited under state or federal law from acquiring or possessing firearms or ammunition.

6.    I have possessed a New York handgun carry license, issued by the Rensselaer County Licensing Officer since January 26, 2015. That license was originally issued with restrictions and was marked "Hunting & Target." I was later issued an unrestricted handgun carry license.

7.    I lawfully own several handguns, which I keep in my home to defend myself and my family. I would carry a handgun for self-defense in many places I visit if not for the restrictions imposed by the CCIA and for fear of arrest and prosecution. Many locations I visit are generally open to the public, but lack state-provided security—either at the entrance of the location or inside the location—sufficient to ensure my and my family's safety at those locations. To enter and remain in those locations, visitors are not required to go through any form of security such as a

metal detector or pat-down. Even where some security is provided, no one is entirely safe from physical attack.

8.    I work as a Network Systems Engineer for the New York State Unified Court System. I go to work at a building which is leased by and is under the control of the New York state government. The building is not a courthouse and it is not secured by any armed security.

9.    I have a present and future desire to visit the places listed below. I would presently, and in the future, carry a handgun in the following places if not for the restrictions imposed by the CCIA:

    a.    Government administration buildings, including the government-leased building where I work most weekdays – I would carry a firearm at my work for my self-defense if not for the CCIA. I plan to continue working in person most weekdays for the New York State Unified Court System at a building that is under the control of the New York state government and used for government administration, but which is not secured by armed security.

    b.    Privately-owned places open to the public– If not for the CCIA, I would carry a handgun in privately-owned places open to the public where the owners do not otherwise prohibit me from carrying a firearm, including the Target and Walmart stores in Rensselaer, New York; the Stewarts Shop convenience stores in North Greenbush, East Greenbush, and Rensselaer, New York; and my local Hannaford grocery stores in East Greenbush and Albany, New York. I intend to continue visiting privately owned places, both those open to the public and those which are not open to the public at least weekly, if not more often. To the best of my

3

knowledge, there is no security, armed or otherwise, present at these privately owned places.

10.     To the best of my knowledge, the places listed above did not prohibit carrying firearms before the CCIA was enacted.

11.     If not for the CCIA, I would ensure that any firearm left in my vehicle unattended would be stored in a safe, responsible manner without first removing ammunition from my firearm and without utilizing a safe storage depository.

12.     As a result of the CCIA, I am now uncertain about where I will or will not be able to carry a handgun. I do know that I am prohibited from carrying my handgun in many of the places in which I would otherwise carry, if not for the CCIA. Some of those places are listed above in subparagraphs 9(a) and 9(b). However, it is not clear where I may carry my handgun outside of my home and my vehicle (subject to the CCIA's additional storage requirements when I leave my firearm in my vehicle unattended) and I therefore no longer know what my rights are.

I declare under penalty of perjury under the laws of the United States of America and upon personal knowledge that the foregoing is true and correct to the best of my knowledge.

Executed this __15th__ day of _August_, 2025

_Brandon Koch_

Brandon Koch