# Exhibit 5

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NEW YORK STATE RIFLE & PISTOL ASSOCIATION, INC., ) <br> ) <br> ROBERT NASH, ) <br> ) <br> BRANDON KOCH, ) <br> ) <br> THOMAS STIRNWEIS, ) <br> ) <br> WAYNE FRANCIS, ) <br> ) <br> KHOURY PORTER, *and* ) <br> ) <br> SCOTT NOREN ) <br> ) <br> *Plaintiffs,* ) <br> ) <br> v. ) <br> ) <br> STEVEN G. JAMES, in his official capacity ) <br> as Acting Superintendent of the New York ) <br> State Police, ) <br> ) <br> RODNEY K. HARRISON, in his official ) <br> capacity as Commissioner of the Suffolk ) <br> County Police Department, and Licensing ) <br> Officer for Suffolk County, *and* ) <br> ) <br> PATRICK J. RYDER, in his official ) <br> capacity as Police Commissioner of the Nassau ) <br> County Police Department, and Licensing ) <br> Officer for Nassau County ) <br> ) <br> *Defendants.* ) | Civ. Action No. 1:22-cv-00907-MAD-CFH |

### DECLARATION OF THOMAS STIRNWEIS

I, Thomas Stirnweis, hereby declare under penalty of perjury, that the following information is true to the best of my knowledge and state the following:

1. I am over 21 years old. I am competent to make this declaration. I am providing this declaration based on my personal knowledge and experience.

2. I am a citizen of the United States. I am a resident and citizen of the State of New York. I currently reside in Kings Park, New York, which is located in Suffolk County. I intend to continue residing in Suffolk County.

3. I am a member of the New York State Rifle and Pistol Association.

4. I am not a current or former police officer or member of the United States Armed Forces. My employment does not otherwise exempt me from any of the Concealed Carry Improvement Act's ("CCIA") firearm carry restrictions. I am not otherwise exempt from the CCIA's firearm carry restrictions.

5. I have never been convicted of a felony and I am not addicted to any controlled substances or mentally infirm. I am not prohibited under state or federal law from acquiring or possessing firearms or ammunition.

6. I have possessed a New York handgun carry license, issued by the Suffolk County Licensing Officer since November 15, 2018. That license was originally issued with restrictions and was marked "Hunting & Target." In or around December 2022, I was issued an unrestricted handgun carry license. On November 1, 2023, the Suffolk County Licensing Officer renewed my unrestricted handgun carry license. Because my handgun carry license was last renewed on November 1, 2023, it must be renewed by November 1, 2026.

7. Because I reside in Suffolk County (and intend to continue residing in Suffolk County) I will be forced to renew my unrestricted handgun carry license in November 2026 and every three years thereafter. I will be forced to comply with the CCIA's unconstitutional renewal process, which includes impermissible expenses, inconveniences, and burdens on my

constitutional rights in November 2026 and every three years afterwards. Due to the CCIA's vague language, I do not know what I will be required to disclose during this or any future renewal cycle, nor do I know what sorts of public or private actions or statements might make me eligible or ineligible to renew my license.

8. I lawfully own several handguns, which I keep in my home to defend myself and my family. I would carry a handgun for self-defense from time to time in many places I visit if not for the restrictions imposed by the CCIA and for fear of arrest and prosecution. Many locations I visit are generally open to the public, but lack state-provided security—either at the entrance of the location or inside the location—sufficient to ensure my and my family's safety at those locations. To enter and remain in those locations, visitors are not required to go through any form of security such as a metal detector or pat-down. Even where some security is provided, no one is entirely safe from physical attack because such security cannot be at all places at all times to effectively eliminate the risk, particularly at outdoor locations and parks with infinite points of ingress and egress.

9. I have a present and future desire to visit the places listed below. I would presently, and in the future, carry a handgun in the following places if not for the restrictions imposed by the CCIA:

   a. Government administration buildings, including, for example, the Smithtown Receiver of Taxes office located within the Smithtown Town Hall – I visit the Smithtown Receiver of Taxes office twice each year to pay my real estate taxes in person. I plan to continue visiting the Smithtown Receiver of Taxes office and paying my real estate taxes in person. The Smithtown Town Hall is under government control and is used for government administration. The only security

3

measure present at the Smithtown Town Hall is one security guard at the front entrance. I am not aware of any other security measures at the Smithtown Town Hall.

b. Public parks, state forests, and places managed by the Department of Environmental Conservation, including, for example, Melondy Hill State Forest, Harriman State Park, Adirondack Park, Rocky Point Pine Barrens Reserve, Sunken Meadow State Park, Jones Beach State Park, Orient Beach State Park, Nissequogue River State Park, Caleb Smith State Park, Kings Park Bluff, Long Beach, Northport Village Park, Blydenburgh County Park, Paul T. Given County Park, Indian Island County Park, Hubbard County Park, Heckscher State Park, and Arthur H Kunz County Park – At least two to three days each month, I visit public parks, state forests, and places managed by the Department of Environmental Conservation to kayak, hike, hunt, participate in other outdoor activities, attend outdoor concerts, or as scenic destinations for motorcycle rides. I currently visit, and intend to continue visiting, these locations an average of several times each month. The nature of the aforementioned parks vary significantly. Frequently, other than park attendants (if any), there is not sufficient security, armed or otherwise, present at these places to ensure my safety.

c. Public transportation and transit, including, for example, vehicle or passenger ferries, the Long Island Railroad, and the New York City subway system. I live on an island and travel to nearby islands or to the mainland by ferry at least once a year. I ride on the Shelter Island and Fire Island ferries when I go to Shelter Island and portions of Fire Island which can only be accessed by boat. I sometimes ride

on the Cross Sound Ferry or the Bridgeport & Port Jefferson Ferry when I travel to or from New England. I also occasionally ride the Long Island Railroad. I ride the New York City subway at least once each year during the holidays when I attend a show at a Broadway or an off-Broadway theater. I ride, and intend to continue riding, public transit multiple times each year.

d. Airports, including, for example, John F. Kennedy International Airport ("JFK Airport") – I visit JFK Airport approximately eight times each year to pick up family members and friends, drop off family members and friends, or to fly between JFK Airport and another destination. When I visit JFK Airport to pick up or drop off others, I visit the airport's roadways, grounds, cell phone parking lot, and passenger drop off and pick up areas near the terminals. When I visit JFK Airport grounds (but do not enter the airport terminal), I would like to carry a firearm with me for self-defense and the defense of my family and friends. When I fly to another destination, I would like to bring a firearm with me while ensuring that it is properly unloaded, locked, and declared in my checked baggage in compliance with federal regulations. But under the CCIA, even if I am in full compliance with federal regulations, I cannot bring a firearm with me into JFK Airport or safely and responsibly store a firearm in my vehicle on JFK Airport grounds (even if I am otherwise in full compliance with the CCIA's separate automobile storage requirements). If I were to properly declare a firearm in my checked luggage as required under federal regulations, I would be confessing to violating the CCIA and could be subject to arrest and prosecution. Simply put, under the CCIA, I cannot carry a firearm if my end destination or origination is JFK Airport. I desire to carry

5

a firearm for the safety of myself, my family, and my friends while traveling to, picking up, or dropping off my family or friends at JFK Airport. I also desire to carry a firearm for the safety of myself, my family, and my friends at any stops I may make on the way to or from JFK Airport. And I desire to fly with a firearm in compliance with all federal regulations so that I may carry that firearm with me for self-defense or other lawful purposes at my destination (in full compliance with all of the destination's relevant laws). If not for the CCIA, I would carry a firearm with me while traveling to and from, picking up, or dropping off my family or friends at JFK Airport, and while flying through JFK Airport (in full compliance with federal regulations). I currently visit, and intend to continue visiting, JFK Airport approximately eight times each year.

e. Times Square – When I travel to attend a live theater show on or off Broadway each year during the holidays, I pass through Times Square. I currently travel, and intend to continue traveling, through Times Square at least once each year. Although Times Square is subject to standard police presence, there is no security checkpoint required to pass through, enter into, or stay in Times Square.

f. Establishments that hold active liquor licenses for on-premises consumption, including, for example, Gino's in Kings Park, Red Café, Faradays, Mannino's Pizzeria Restaurant, Chop Shop Bar and Grill, and Old Street Restaurant and Bar – I visit bars and restaurants which hold active liquor licenses multiple times each month. I intend to continue visiting bars and restaurants which hold active liquor licenses for on-premises consumption multiple times each month. I never intend to carry a firearm at any time while consuming alcohol (or after having consumed

6

      alcohol). However, I would carry a firearm at the bars and restaurants I visit while remaining responsible, law-abiding, and sober if not for the CCIA's carry restrictions. There is no security, armed or otherwise, present at these establishments.

    g. Events on public sidewalks or other public areas restricted from general public access for a limited time, including, for example, Kings Park Day, Smithtown Day, Sayville's Summerfest, Oyster Bay's Oyster Festival, and the Greenport Maritime Festival – I attend special events and festivals like those previously mentioned (which may, or may not, be subject to heightened law enforcement protection) at least once each year, and intend to continue doing so.

    h. Privately-owned places open to the public – If not for the CCIA, I would carry a handgun in privately-owned places open to the public where the owners do not otherwise prohibit me from carrying a firearm, including gas stations and restaurants I visit when traveling to or from the various gun ranges I visit approximately once or twice each month. I visit, and intend to continue visiting, privately owned places open to the public multiple times each month, if not more often. There is no security, armed or otherwise, present at the restaurants or gas stations I visit.

10. To the best of my knowledge, the places listed above did not prohibit carrying firearms before the CCIA was enacted.

11. If not for the CCIA, I would ensure that any firearm left in my vehicle unattended would be stored in a safe, responsible manner without first removing ammunition from my firearm and without utilizing a safe storage depository.

12. As a result of the CCIA, I am now uncertain about where I will or will not be able to carry a handgun. I do know that I am prohibited from carrying my handgun in many of the places in which I would otherwise carry, if not for the CCIA. Some of those places are listed above in subparagraphs 9(a) through 9(h). However, it is not clear where I may carry my handgun outside of my home and my vehicle (subject to the CCIA's additional storage requirements when I leave my firearm in my vehicle unattended) and I therefore no longer know what my rights are. Nor does the CCIA require public notice or signage clearly demarking where carrying a handgun is prohibited because it is a sensitive place. The one and only place I noticed such signage in the approximately three years since the CCIA has been in effect was when I exited the Lincoln Tunnel heading eastbound near Times Square where it was too little notice too late.

I declare under penalty of perjury under the laws of the United States of America and upon personal knowledge that the foregoing is true and correct to the best of my knowledge.

Executed this 14th day of August, 2025

Thomas Stirnweis