# Exhibit 6

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NEW YORK STATE RIFLE & PISTOL ASSOCIATION, INC., | ) ) ) |
| ROBERT NASH, | ) ) |
| BRANDON KOCH, | ) ) |
| THOMAS STIRNWEIS, | ) ) |
| WAYNE A. FRANCIS, | ) ) |
| KHOURY PORTER, *and* | ) ) |
| SCOTT NOREN | ) ) |
| *Plaintiffs,* | ) ) |
| v. | ) Civ. Action No. 1:22-cv-00907-MAD-CFH |
| STEVEN G. JAMES, in his official capacity as Acting Superintendent of the New York State Police, | ) ) ) ) |
| RODNEY K. HARRISON, in his official capacity as Commissioner of the Suffolk County Police Department, and Licensing Officer for Suffolk County, *and* | ) ) ) ) ) |
| PATRICK J. RYDER, in his official capacity as Police Commissioner of the Nassau County Police Department, and Licensing Officer for Nassau County | ) ) ) ) ) |
| *Defendants.* | ) |

### DECLARATION OF WAYNE FRANCIS

I, Wayne Francis, hereby declare under penalty of perjury, that the following information is true to the best of my knowledge and state the following:

1. I am over 21 years old. I am competent to make this declaration. I am providing this declaration based on my personal knowledge and experience.

2. I am a citizen of the United States. I am a resident and citizen of the State of New York. I currently reside in Baldwin, New York, which is located in Nassau County. I intend to continue residing in Nassau County.

3. I am a member of the New York State Rifle and Pistol Association.

4. I am not a current or former police officer or member of the United States Armed Forces. My employment does not otherwise exempt me from any of the Concealed Carry Improvement Act's ("CCIA") firearm carry restrictions.

5. I have never been convicted of a felony and I am not addicted to any controlled substances or mentally infirm. I am not prohibited under state or federal law from acquiring or possessing firearms or ammunition.

6. I have possessed a New York handgun carry license, issued by the Nassau County Licensing Officer, since March 30, 2021. That license was originally issued with restrictions. In May 2023, I was issued an unrestricted handgun carry license. Because my handgun carry license was reissued in May 2023, it must be renewed by May 2026.

7. Because I reside in Nassau County (and intend to continue residing in Nassau County) I will be forced to renew my handgun carry license in May 2026 and every three years thereafter. I will be forced to comply with the CCIA's unconstitutional renewal process, which includes impermissible expenses, inconveniences, and burdens on my constitutional rights in May 2026 and every three years afterwards. Due to the CCIA's vague language, I do not know what I will be required to disclose during this or any future renewal cycle, nor do I know what sorts of public or private actions or statements might make me eligible or ineligible for a renewal.

8. I lawfully own several handguns, which I keep in my home to defend myself and my family. I would carry a handgun for self-defense in many places I visit if not for the restrictions imposed by the CCIA and for fear of arrest and prosecution. Many locations I visit are generally open to the public, but lack state-provided security—either at the entrance of the location or inside the location—sufficient to ensure my and my family's safety at those locations. To enter and remain in those locations, visitors are not required to go through any form of security such as a metal detector or pat-down. Even where some security is provided, no one is entirely safe from physical attack.

9. I would carry my handgun in the following places if not for the restrictions imposed by the CCIA:

   a. Places of worship, including, for example, Hope City Church in Baldwin, NY – I am a member of Hope City Church and I attend church service every week. I am not responsible for security at my church and I do not have the authority to designate myself as a person responsible for security. I intend to continue attending church weekly at Hope City Church and I should not be required to ask my pastor (or anyone else with proper authority) to designate me as a person responsible for security in order to legally carry a firearm at my church for my self-defense. I am not aware of any members who have been designated as responsible for security at my church and I am not aware of any other security, armed or otherwise, present at my church.

   b. Public transportation and transit, including, for example, the Long Island Railroad and the New York City subway system – I ride the Long Island Railroad at least three times each week for work and intend to continue doing so. I ride the New

      York City subway system about once each month to attend business meetings and to travel to New York City for recreation.

    c. Privately-owned places open to the public – If not for the CCIA, I would carry a handgun in privately-owned places open to the public where the owners do not otherwise prohibit me from carrying a firearm. Such places include, for example, the Target stores in Valley Stream, NY and Freeport, NY and M&B Deli in Baldwin, NY. I visit and intend to continue visiting privately owned places open to the public at least weekly, if not more often. There is no security, armed or otherwise, present at these privately-owned places.

10. To the best of my knowledge, the places listed above did not prohibit carrying firearms before the CCIA was enacted.

11. If not for the CCIA, I would ensure that any firearm left in my vehicle unattended would be stored in a safe, responsible manner without first removing ammunition from my firearm and without utilizing a safe storage depository.

12. As a result of the CCIA, I am now uncertain about where I will or will not be able to carry a handgun. I do know that I am prohibited from carrying my handgun in many of the places in which I would otherwise carry, if not for the CCIA. Some of those places are listed above in subparagraphs 9(a) through 9(c). However, it is not clear where I may carry my handgun outside of my home and my vehicle (subject to the CCIA's additional storage requirements when I leave my firearm in my vehicle unattended) and I therefore no longer know what my rights are.

    I declare under penalty of perjury under the laws of the United States of America and upon personal knowledge that the foregoing is true and correct to the best of my knowledge.

Executed this  14th  day of  August, 2025

                                            /s/ Wayne A. Francis
                                            Wayne A. Francis