# Exhibit 18



**Entry**

Reader's guide

Entries A-Z

Subject index

< RETURN TO ENTRIES

## Violent Crimes

**Edited by:** Wilbur R. Miller

**In:** The Social History of Crime and Punishment in America: An Encyclopedia

**Chapter DOI:** https://doi.org/10.4135/9781452218427.n711

**Subject:** History of Crime , General Criminology & Criminal Justice

**Keywords:** capital punishment; crime; crime rates

👁 Show page numbers

Violence has been part of the fabric of American lives since the first settlement in 1607. In colonial America, there were vast distances between settlements, and traveling between them was often difficult and time-consuming. Thus, crimes tended to be concentrated in small areas. Most premature deaths in the colonies were caused by disease or violence, and both were seen as inevitable aspects of life. In this harsh environment, vigilante groups often sought out accused violators and exacted their own brand of justice. Vigilantism was more common in new settlements than in those that were well established. Historians have identified as many as 500 vigilante groups operating in America between the 1760s and 1905. In early America, highwaymen often roamed areas between settlements. While robbery was their goal, violence sometimes occurred. Within each colony, crime was dealt with according to the seriousness of the offense. Common punishments included public embarrassment, branding, physical mutilation, fines, and incarceration. Some colonies adopted capital punishment as a means of dealing with a variety of serious crimes, including suspected witchcraft. In the years following the American Revolution, states began the debate over the death penalty that has been ubiquitous throughout much of American history. Political events and social upheavals have affected crime rates by causing them to decline during wars or soar during times of civil unrest, as was the case during the heydays of the labor and civil rights movements. In the twenty-first century, many Americans had become more afraid of terrorists than strangers wielding guns. The United States continues to be one of the most violent nations in the world, with twice the crime rate of France and four times the crime rate of Canada. While experts do not always agree on the reasons, most explanations focus on the prevalence of guns in the United States and on racial and ethnic relations, social inequities, and the ubiquity of violence in American media. Crime rates have continued to fluctuate. In 2002, the Federal Bureau of Investigation (FBI) reported that there were 1.4 million violent offenses committed in the United States. Breaking them down into categories, those offenses included 16,204 incidents of murder and non-negligent manslaughter; 95,136 incidents of forcible rape; 420,636 incidents of robbery; 894,348 incidents of aggravated assault. In general, these are the same crimes that besieged colonial Americans, indicating that human nature does not change over time.