

**Office of the New York State Attorney General**

**Letitia James Attorney General**

August 19, 2025

**VIA ECF**
Hon. Mae A. D'Agostino
U.S. District Court, NDNY
James T. Foley Courthouse
445 Broadway
Albany, NY 12207

  Re: *NYS Rifle & Pistol Ass'n, Inc., et al. v. James, et al.*
     22-CV-907 (MAD/PJE)

Dear Judge D'Agostino:

  This office represents Defendant James with regard to the above-referenced matter. A Scheduling Order was issued by this Court on April 11, 2025 (the Order) (ECF No. 94). Pursuant to the Order fact discovery is to be completed by October 31, 2025, with expert disclosure to be completed between December 2025 and February 2026. Dispositive motions are due April 17, 2026. Defendant James is in the process of finalizing discovery demands for service upon Plaintiffs and anticipates having them served before the end of the month. Depositions will occur in September and October.

  Yesterday, Plaintiffs filed a Motion for Summary Judgment (ECF No. 102). As discovery has not yet even been exchanged much less completed, Defendant James is unable to respond to the motion as there are essential facts that will be made available through the discovery process. I therefore respectfully request that the Court hold Plaintiff's motion in abeyance pursuant to FRCP 56(d) until such time as fact and expert disclosure are completed.

  Further, Your Honor's Individual Rule 2(A)(i) requires a pre-motion letter and conference with the Court prior to the filing of a motion for summary judgment. In the absence of same, the Individual Rules provide that the motion in question will be summarily denied by the Court. As Plaintiffs failed to abide by the Court's Rule in this regard, I request that the motion be summarily denied.

Thank you for your courtesies in this matter.

Very truly yours,

*Jennifer J. Corcoran*
Jennifer J. Corcoran
Assistant Attorney General

cc:    All Counsel of Record (VIA ECF)