**John Parker Sweeney**
Partner
jsweeney@bradley.com
202.719.8216 direct



August 21, 2025

**Via CM/ECF**
Honorable Mae A. D'Agostino
United States District Court
Northern District of New York

      Re:    *New York State Rifle and Pistol Association, Inc. v. James,* No. 1:22-cv-00907-MAD-PJE

Dear Judge D'Agostino:

Plaintiffs respectfully submit this letter in response to Defendant Superintendent James' letter motion of August 19, 2025, (ECF No. 103), regarding Plaintiffs' Motion for Summary Judgment, (ECF No. 102). Defendant James asks the Court to deny (or hold in abeyance) Plaintiffs' Motion for Summary Judgment because (1) Plaintiffs did not satisfy the Court's pre-motion letter and conference rule; and (2) Defendants would like to take unspecified discovery. (ECF No. 103 at 1).

In the six months since your Honor ruled on Defendants' Motion to Dismiss, and four months since the Rule 16 planning conference, Defendants failed to initiate any discovery. Plaintiffs moved for summary judgment to facilitate a prompt and efficient resolution of their claims by clarifying the issues and setting out the facts establishing their claims and standing through detailed declarations by the individual Plaintiffs as well as historical evidence. We filed before Judge Evangelista in advance of today's scheduled status conference pursuant to Your Honor's order referring the case to him "for all further proceedings." (ECF No. 79). At the status conference, Judge Evangelista instructed Plaintiffs to seek Your Honor's guidance.

Plaintiffs respectfully request that this Court hold a telephone conference with the parties to address how the Court wishes the parties to proceed. Plaintiffs invite Defendants to set out the discovery they may need in accordance with Rule 56(d).

Hon. Mae D'Agostino
August 21, 2025

Dated: August 21, 2025                    Respectfully submitted,

                                          /s/ *John Parker Sweeney*
                                          John Parker Sweeney
                                          James W. Porter, III
                                          Bradley Arant Boult Cummings LLP
                                          1900 K Street NW, Suite 800
                                          Washington, D.C. 20006
                                          Phone: 202-393-7150
                                          Facsimile: 202-347-1684
                                          jsweeney@bradley.com
                                          jporter@bradley.com

                                          *Counsel for Plaintiffs*

cc: All Counsel of Record by ECF