**John Parker Sweeney**
Partner
jsweeney@bradley.com
202.719.8216 direct
202.719.8316 fax



September 4, 2025

**Via CM/ECF**
Honorable Mae A. D'Agostino
United States District Court
Northern District of New York

    Re:    Plaintiffs' Withdrawal of Motion for Summary Judgment (ECF No. 102)
                *New York State Rifle and Pistol Association, Inc. v. James,* No. 1:22-cv-00907-MAD-PJE

Dear Judge D'Agostino:

Please accept this letter submitted pursuant to the Court's Order during yesterday's telephone status conference. Pursuant to that Order, recorded in the unnumbered text minute entry for yesterday's conference, Plaintiffs hereby withdraw their Motion for Summary Judgment (ECF No. 102). Plaintiffs understand this withdrawal is without prejudice and Plaintiffs may file a renewed Motion for Summary Judgment at the close of discovery. Counsel for Plaintiffs have conferred with all opposing counsel and no parties object to the filing of this letter.

Dated: September 4, 2025

                                               Respectfully submitted,

                                               /s/ *John Parker Sweeney*
                                               John Parker Sweeney
                                               James W. Porter, III
                                               Bradley Arant Boult Cummings LLP
                                               1900 K Street NW, Suite 800
                                               Washington, D.C. 20006
                                               Phone: 202-393-7150
                                               Facsimile: 202-347-1684
                                               jsweeney@bradley.com
                                               jporter@bradley.com

                                               *Counsel for Plaintiffs*