

**Office of the New York State Attorney General**

**Letitia James Attorney General**

January 21, 2026

**VIA ECF**
Hon. Paul J. Evangelista, Magistrate
U.S. District Court, NDNY
James T. Foley Courthouse
445 Broadway
Albany, NY 12207

      Re:    *NYS Rifle & Pistol Ass'n, Inc., et al. v. James, et al.*
              22-CV-907 (MAD/PJE)

Dear Magistrate Evangelista:

      This office represents Defendant James with regard to the above-referenced matter. A Scheduling Order was issued by this Court on April 11, 2025 (the Order) (ECF No. 94). All fact discovery has been completed, and Plaintiffs have not disclosed any experts, nor requested an extension of time to do so. Pursuant to the Order, Defendants' expert disclosure is due by January 30, 2026 and Plaintiffs' rebuttal expert disclosure is due February 20, 2026.

      Defendant James has secured experts, and we are awaiting receipt of final reports from each of them, but it is likely that we will not have all of them by January 30, 2026. We therefore respectfully request a thirty (30) day extension of the remaining expert disclosure deadlines only (to February 28, 2026 for Defendants and March 20, 2026 for Plaintiffs). Plaintiffs' counsel has graciously consented to this request. Neither side is requesting extension of the current dispositive motion deadline of April 17, 2026.

      Please advise if the above extension is granted at your earliest convenience. Thank you for your continued courtesies in this matter.

      Very truly yours,

      *Jennifer J. Corcoran*

      Jennifer J. Corcoran
      Assistant Attorney General

cc:    All Counsel of Record (VIA ECF)