

**Office of the New York State Attorney General**

**Letitia James Attorney General**

February 20, 2026

Hon. Paul J. Evangelista, U.S. Magistrate Judge
James T. Foley U.S. Courthouse
445 Broadway, Room 441
Albany, NY 12207

Re: *New York State Rifle & Pistol Association, Inc., et al. v. Steven G. James, et al.* (Case No. 1:22-cv-00907) (MAD / PJE)

Dear Judge Evangelista,

This office represents Steven G. James, in his official capacity as Superintendent of the New York State Police. I am writing on behalf of all parties.

The Court entered a scheduling order on April 11, 2025 (ECF No. 94) that directed the parties to file summary judgment motions on or before April 17, 2026. The parties have conferred about a briefing schedule and enlargement of pages. We propose the following schedule and page limits for briefs:

- Plaintiffs to file their motion for summary judgment on or before **April 17, 2026**, with a supporting brief of no more than 30 pages.
- Defendants to file their opposition to Plaintiffs' motion for summary judgment and cross motion for summary judgment on or before **May 20, 2026**, with a supporting brief of no more than 60 pages.
- Plaintiffs to file reply in support of their motion and opposition to Defendants' cross-motion for summary judgment on or before **June 24, 2026**, with a supporting brief of no more than 60 pages.
- Defendants to file their reply in support of their cross-motion for summary judgment on or before **July 15, 2026**, with a supporting brief of no more than 30 pages.

We thank the Court for its time and consideration of this request.

Respectfully submitted,

*/s/ Molly Thomas-Jensen*

Molly Thomas-Jensen
Special Counsel
NDNY Bar Roll No. 75119
28 Liberty Street, New York, NY 10005
212-416-8679
Molly.Thomas-Jensen@ag.ny.gov