**W. Chadwick Lamar, Jr.**
Associate
clamar@bradley.com
205.521.8533 direct



April 3, 2026

<u>**VIA CM/ECF**</u>

Hon. Paul J. Evangelista, U.S. Magistrate Judge
James T. Foley U.S. Courthouse
445 Broadway, Room 441
Albany, NY 12207

>    RE:    ***N.Y. State Rifle & Pistol Ass'n, Inc., et al. v. James, et al.***,
>    **No. 1:22-cv-907 (MAD/PJE)**

Dear Judge Evangelista,

I write to respectfully request that this Court accept my Motion for Limited Admission *Pro Hac Vice*, which was granted on April 1, 2026, as authorizing my legal representation of Plaintiffs during depositions on March 30, 2026, and March 31, 2026. (ECF Nos. 114, 116, 118).

I submitted a Motion for Limited Admission *Pro Hac Vice* on March 23 (ECF No. 114), anticipating that I would take the depositions of two of Defendant James' expert witnesses on March 30 and March 31. On the morning of March 30, shortly before the first deposition, a member of your Honor's courtroom staff advised me via telephone that my *pro hac vice* materials were deficient. The staff-member also advised me that I may participate in the deposition proceedings if I cure the deficiencies and file a letter that explains these circumstances. Consistent with that direction, I submitted supplemental admission documents on March 30 (ECF No. 116) and participated in the depositions. John Parker Sweeney, who is admitted to practice in this district, also attended the depositions on behalf of Plaintiffs, and I conducted the depositions under his direction and supervision. I regret the deficiencies in my *pro hac vice* materials and troubling the Court with this matter.

For the reasons above, I respectfully request that this Court accept my cured Motion for Limited Admission *Pro Hac Vice* as authorizing my legal representation of Plaintiffs during depositions on March 30 and March 31. Thank you for your courtesies in this matter.

>    Sincerely,
>
>    */s/ W. Chadwick Lamar, Jr.*
>    W. Chadwick Lamar, Jr.
>    Counsel for Plaintiffs
>    Admitted *Pro Hac Vice*

cc: All Counsel of Record (VIA CM/ECF)