UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

NEW YORK STATE RIFLE & PISTOL
ASSOCIATION, INC., ROBERT NASH, BRANDON
KOCH, THOMAS STIRNWEIS, WAYNE FRANCIS,
KHOURY PORTER and SCOTT NOREN,

                Plaintiffs,

-against-

STEVEN G. JAMES, in his official capacity as
Superintendent of the New York State Police,
RODNEY K. HARRISON, in his official capacity as
Commissioner of the Suffolk County Police
Department and Licensing Officer for Suffolk County
and PATRICK J. RYDER, in his official capacity as
Police Commissioner of the Nassau County Police
Department and Licensing Officer for Nassau County,

                Defendants.

**CONSENT ORDER GRANTING
SUBSTITUTION OF
ATTORNEY**

Case No. 1:22-cv-00907
(MAD/PJE)

---

Pursuant to NDNY Local Rule 11.1, notice is hereby given that, subject to approval by the

Court, Defendant Patrick J. Ryder, in his official capacity as Police Commissioner of the Nassau

County Police Department and Licensing Officer for Nassau County ("Defendant"), substitutes

Jonathan M. Bernstein, Esq. and Kevin M. Cannizzaro, Esq. of Goldberg Segalla LLP as counsel

of record in place of the Office of the Nassau County Attorney.

I consent to the above substitution.

Hon. Thomas A. Adams, Esq.
Nassau County Attorney
Office of the Nassau County
Attorney
1 West Street, 2nd Floor
Mineola, New York 11501
*On behalf of Defendant Patrick J.
Ryder, in his official capacity as
Police Commissioner for the Nassau
County Police*

56336781.v3

Date:   April 2, 2026


I consent to being substituted.

Date:   April 2, 2026

Office of the Nassau County Attorney
John Hiller, Esq.
Chief Deputy County Attorney
Office of the Nassau County
Attorney
1 West Street, 2nd Floor
Mineola, New York 11501
*Outgoing Attorneys*


I consent to the above substitution.

Date:   April 2, 2026

Jonathan M. Bernstein, Esq.
Goldberg Segalla LLP
8 Southwoods Blvd., Suite 300
Albany, New York 12211-2364
*Incoming Attorneys*


I consent to the above substitution.

Date:   April 2, 2026

Kevin M. Cannizzaro, Esq.
Goldberg Segalla LLP
8 Southwoods Blvd., Suite 300
Albany, New York 12211-2364
*Incoming Attorneys*


The substitution of attorney is hereby approved and SO ORDERED.


Date:   _____

_____

Judge Mae A. D'Agostino

56336781.v3