

**Office of the New York State**
**Attorney General**

**Letitia James**
**Attorney General**

April 6, 2026

Hon. Paul J. Evangelista, U.S. Magistrate Judge
James T. Foley U.S. Courthouse
445 Broadway, Room 441
Albany, NY 12207

Re: *New York State Rifle & Pistol Association, Inc., et al. v. Steven G. James, et al.* (Case No. 1:22-cv-00907) (MAD / PJE)

Dear Judge Evangelista,

This office represents Steven G. James, in his official capacity as Superintendent of the New York State Police. I am writing on behalf of all parties, with a proposed briefing schedule for FRE 702/*Daubert* motions. On February 23, 2026, the Court entered a scheduling order for summary judgment briefing (ECF No. 113) under which the Plaintiffs' motion for summary judgment is due April 17, Defendants' opposition and cross-motion is due May 20, Plaintiffs' reply and opposition is due June 24, and Defendants' reply is due July 15. Defendant Steven G. James has disclosed expert witnesses and produced expert witnesses for depositions; Plaintiffs have disclosed rebuttal expert reports and the parties are in the process of scheduling those depositions.

The parties have conferred about the timing of any FRE 702 / *Daubert* motions. We believe that the parties may be able to avoid unnecessary motion practice under FRE 702 / *Daubert* (and, at a minimum, will be able to narrow the issues presented) if they are able to review the opposing parties' motion for summary judgment prior to filing any FRE 702 / *Daubert* motion. The parties also believe that this sequence will make the meet-and-conferral process more likely to result in a resolution that avoids motion practice. The parties therefore seek leave to file any FRE 702 / *Daubert* motion on August 5, with oppositions due August 26, and replies September 2. Should the Court desire a more rapid briefing schedule, the parties believe that they could file any FRE 702/*Daubert* motion with their reply and opposition briefs. Under this alternative schedule, the Plaintiffs' FRE 702/*Daubert* motion would be due June 24; Defendants' FRE 702/*Daubert* motion would be due July 15 (with oppositions and replies to be filed in accordance with Local Rule 7.1(a)).

We thank the Court for its time and consideration of this request.

Respectfully submitted,

Molly Thomas-Jensen
Special Counsel
NDNY Bar Roll No. 75119
28 Liberty Street, New York, NY 10005
212-416-8679
Molly.Thomas-Jensen@ag.ny.gov