**John Parker Sweeney**
Partner
jsweeney@bradley.com
202.719.8216 direct
202.719.8316 fax



April 10, 2026

**Via CM/ECF**
Honorable Mae A. D'Agostino
United States District Court
Northern District of New York

> Re:   Letter Motion Seeking Clarification of Individual Rules and Practices
> *New York State Rifle and Pistol Association, Inc. v. James,* No. 1:22-cv-00907-MAD-PJE

Dear Judge D'Agostino:

On behalf of the Plaintiffs and Defendants James and Ryder, Counsel for Plaintiffs submit this letter seeking clarification regarding the Court's Individual Rules and Practices as they relate to the parties' summary judgment briefing. Plaintiffs' counsel attempted to contact counsel for Suffolk County, but were unable to reach her prior to the filing of this Letter Motion as she is out of office.

The Court's Individual Rules and Practices normally require the submission of a pre-motion letter and a conference with the Court before either party makes a motion for summary judgment. The parties understand, pursuant to the representations made during the September 3, 2025, status conference and the Court's Order (Doc. 113) entering the summary judgment briefing schedule, that such pre-motion letters and conferences are not required prior to the parties' filing of any summary judgment motions, responses, or replies. The parties do not believe that pre-motion letters or conferences will be fruitful in resolving the issues presented in this case. The parties want to ensure that their understanding is correct and that no such pre-motion letter filings or conferences will be required in advance of the parties' summary judgment filings.

Honorable Mae D'Agostino
April 10, 2026
Page 2

Dated: April 10, 2026

Respectfully submitted,

/s/ *John Parker Sweeney*
John Parker Sweeney
James W. Porter, III
Bradley Arant Boult Cummings LLP
1900 K Street NW, Suite 800
Washington, D.C. 20006
Phone: 202-393-7150
Facsimile: 202-347-1684
jsweeney@bradley.com
jporter@bradley.com

*Counsel for Plaintiffs*

**OF COUNSEL**
W. Chadwick Lamar, Jr. (*pro hac vice*)
Mason A. Kruse (*pro hac vice*)
BRADLEY ARANT BOULT CUMMINGS LLP
1819 Fifth Avenue N.
Birmingham, AL 35223
clamar@bradley.com
mkruse@bradley.com