# EXHIBIT 10

Associated Reporters Int'l., Inc.                    www.courtsteno.com

Page 1

NYS Rifle v Steven James, et al – 10-29-25 – Robert Nash

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF NEW YORK

NEW YORK STATE RIFLE & PISTOL

ASSOCIATION, INC., ROBERT NASH,

BRANDON KOCH, THOMAS STIRNWEIS

WAYNE FRANCIS, KHOURY PORTER,

AND SCOTT NOREN,

    Plaintiffs,

V                                    Docket No.:   22-CV-907

STEVEN G. JAMES, IN HIS OFFICIAL CAPACITY AS

SUPERINTENDENT OF THE NEW YORK STATE POLICE,

RODNEY K. HARRISON, IN HIS OFFICIAL CAPACITY

AS COMMISSIONER OF THE SUFFOLK COUNTY POLICE

DEPARTMENT, AND LICENSING OFFICER FOR SUFFOLK

_____X (Cont'g.)

    DEPOSITION OF: ROBERT NASH

    DATE:            October 29, 2025

    TIME:            9:59 a.m. to 11:50 a.m.

    VENUE:           MS Teams

Reported by Howard Hubbard

800-523-7887                         ARII@courtsteno.com
Serving all of New York State

Associated Reporters Int'l., Inc.                    www.courtsteno.com

Page 2

NYS Rifle v Steven James, et al – 10-29-25 – Robert Nash (Cont'g.)

COUNTY, AND PATRICK J. RYDER, IN HIS OFFICAL CAPACITY AS COMMISSIONER OF THE NASSAU COUNTY POLICE DEPARTMENT, AND LICENSING OFFICER FOR NASSAU COUNTY,

    Defendants.

_____X

APPEARANCES:

Associated Reporters Int'l., Inc.                    www.courtsteno.com

NYS Rifle v Steven James, et al – 10-29-25 – Robert Nash

be in August.

A.   I don't know the exact date, ma'am.

Q.   Okay.  Did you have the restrictions lifted before you filed this lawsuit?

A.   Yes.

Q.   Now this lawsuit, the one that we're here for today, you brought it as a separate lawsuit, correct?

A.   Correct.

Q.   Can you tell me in your own words why you decided to sue New York State again?

A.   Because even though I have an unrestricted permit, I can't take it anywhere that I want to without feeling -- without breaking the law.

Q.   What were you going to say just now?  You said without feeling --

A.   I just chose different words.

Q.   Okay.  So in your own words, can you tell me what you're trying to do with this lawsuit?

A.   This -- the current lawsuit -- the way the current law is now, there's a lot of sensitive locations that -- sensitive places that I

800-523-7887                              ARII@courtsteno.com
Serving all of New York State

Associated Reporters Int'l., Inc.                    www.courtsteno.com

Page 31

NYS Rifle v Steven James, et al – 10-29-25 – Robert Nash

can't take my pistol with me even though it's unrestricted.  So I'd like to eliminate those sensitive places.

Q.   All of them?

A.   At least the ones that are in my declaration.

Q.   Which ones are those?

A.   Government administration buildings, public places that serve alcohol, healthcare facilities and private -- privately owned places that the public can enter.

Q.   Okay.  So you brought this lawsuit two months after the Supreme Court decided your previous lawsuit, is that right?

A.   Yes.

Q.   But in fact, that lawsuit hadn't yet concluded.  Is that also right?

A.   Not to my knowledge.

Q.   You -- you -- you believe that the lawsuit had concluded before you brought this lawsuit?

A.   You're talking about NYSRPA versus Bruen, correct?

Q.   Correct.

800-523-7887                              ARII@courtsteno.com
Serving all of New York State

Associated Reporters Int'l., Inc.                      www.courtsteno.com

Page 68

NYS Rifle v Steven James, et al – 10-29-25 – Robert Nash

A.    I would follow the law.

Q.    Would you follow --

A.    (Overspeaking) -- I'm sorry.

Q.    Go ahead.

A.    So since there's a policy that I'm aware of now, I wouldn't want to carry there.

Q.    All right.  So what takes you to Retina Consultants?

A.    Doctor's visits with my mother.

Q.    And how often do you go to Retina Consultants?

A.    That was twice a year.

Q.    When was the last time you visited?

A.    About three months ago.

Q.    Do you want to carry a gun on your visits to Retina Consultants?

A.    I do.

Q.    Why is that?

A.    To protect myself.

Q.    Do you know if there's any security personnel employed by Retina Consultants?

A.    Never seen any security there.

Q.    Have you ever asked?

NYS Rifle v Steven James, et al – 10-29-25 – Robert Nash

wheelchair a lot of the times or with her walker, so her safety's more my concern than looking for a sign.

Q.   All right.  And then you mentioned St. Peter's Health Partners.  Did I get that right?

A.   Yeah.  That's my own personal doctor.  Yeah.

Q.   And how often do you go to St. Peter's?

A.   Around three to four times a year.

Q.   Okay.  When was the last time you visited?

A.   Three months ago.

Q.   Okay.  And do you want to carry a gun with you on your visits to St. Peter's?

A.   I'd like to.

Q.   Why is that?

A.   Same reasons as the others.  There's a lot of people there that I don't know.  I don't know their mental state, and I'd like to protect myself in case of a -- someone threatens my life.

Q.   Sometimes when you go to the

Associated Reporters Int'l., Inc.                    www.courtsteno.com

NYS Rifle v Steven James, et al – 10-29-25 – Robert Nash

Q.   When you're -- did you ever visit these parks to go -- to go hunting?  Any of these parks?  I'm not sure if hunting's --

A.   No.

Q.   -- allowed.  Okay.

A.   No.

Q.   Where do you go when you go hunting?

A.   A friend's property and my own property.

Q.   How big is your property?

A.   Five acres surrounded by woods.

Q.   And what do you hunt on your property?

A.   Just deer.

Q.   Have you looked at any of these parks to see if they have signs about whether or not you can carry a weapon with you?

A.   They have a welcome board when you come in.  I've read that and didn't see anything about guns.

Q.   Okay.  I'd like to talk about establishments that have liquor licenses.  So bars or restaurants with an active li -- liquor

Associated Reporters Int'l., Inc.                    www.courtsteno.com

Page 79

NYS Rifle v Steven James, et al - 10-29-25 - Robert Nash

license.  Could you tell me which restaurants you visit regularly that have a liquor license or which bars you do as well?

A.    Yeah.  Most often Towne Tavern right here in town in Averill Park, Red Front in Troy, some Mexican place in Hudson.  Those are the -- the most frequent.

Q.    All right.  And when was the last time that you went out to one of these restaurants?

A.    Last week.

Q.    Okay.  And which one did you go to last week?

A.    Towne Tavern.

Q.    And when you go, do you ever have an alcoholic drink?

A.    Yes.

Q.    And you want to carry a gun?

A.    I do.

Q.    And would you have an alcoholic drink when you had a gun with you?

A.    No, absolutely not.

Q.    And why is that?

A.    I don't feel it's safe.

Q.    Why isn't it safe?

800-523-7887                                ARII@courtsteno.com
Serving all of New York State

Associated Reporters Int'l., Inc.                    www.courtsteno.com

Page 83

NYS Rifle v Steven James, et al – 10-29-25 – Robert Nash

BY MS. THOMAS-JENSEN:  (Cont'g.)

Q.    Mr. Nash, while we were on break, did you speak with anyone?

A.    No.

Q.    Okay.  Could you tell me about the privately owned places to the public -- that are open to the public where you would like to carry a gun?

A.    Sure.  Local grocery stores and convenience stores.  Local Hannaford grocery store, Trader Joe's grocery store, Stewart's, Cumberland Farms, convenience stores.

Q.    Any other places?

A.    Those are the ones I frequent the most, so no.

Q.    So it's the Hannaford's, Trader Joe's, Stewart's and Cumberland Farms?

A.    Uh-huh.

Q.    All right.  So how often do you go to one of these grocery stores or convenience stores?

A.    Weekly.

Q.    And how long are you there when you're there?

800-523-7887                                    ARII@courtsteno.com
Serving all of New York State