# EXHIBIT 11

**EXHIBIT**

**Ex. 8 - 250926al**

exhibitsticker.com

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| NEW YORK STATE RIFLE & PISTOL ASSOCIATION, INC., | ) | |
| | ) | |
| ROBERT NASH, | ) | |
| | ) | |
| BRANDON KOCH, | ) | |
| | ) | |
| THOMAS STIRNWEIS, | ) | |
| | ) | |
| WAYNE FRANCIS, | ) | |
| | ) | |
| KHOURY PORTER, *and* | ) | |
| | ) | |
| SCOTT NOREN | ) | |
| | ) | |
| *Plaintiffs,* | ) | |
| | ) | |
| v. | ) | Civ. Action No. 1:22-cv-00907-MAD-CFH |
| | ) | |
| STEVEN G. JAMES, in his official capacity as Acting Superintendent of the New York State Police, | ) | |
| | ) | |
| RODNEY K. HARRISON, in his official capacity as Commissioner of the Suffolk County Police Department, and Licensing Officer for Suffolk County, *and* | ) | |
| | ) | |
| PATRICK J. RYDER, in his official capacity as Police Commissioner of the Nassau County Police Department, and Licensing Officer for Nassau County | ) | |
| | ) | |
| *Defendants.* | ) | |

**PLAINTIFF BRANDON KOCH'S RESPONSES TO DEFENDANT JAMES'
FIRST INTERROGATORIES**

Plaintiff Brandon Koch ("Plaintiff" or "Koch") submits the following responses and

objections to Defendant James' First Set of Interrogatories to Plaintiff Brandon Koch.

1

## PRELIMINARY STATEMENT

No incidental or implied omissions are intended by the responses herein. Koch's responses or objections to any request or part thereof are not intended as an admission that he accepts or admits the existence of any facts set forth or assumed by such request, or that such response or objection constitutes admissible evidence. Plaintiff is responding pursuant to the Federal Rules of Civil Procedure and these responses should not be taken as acquiescing to the Defendant's instructions or definitions to the extent they add or alter any obligation of a party responding to discovery under the rules.

## INTERROGATORIES

1. Identify all individuals with whom You discussed or communicated relating to the allegations in the Second Amended Complaint from January 1, 2022 to the present.

**RESPONSE: Plaintiff Koch has not spoken with any other individuals except for counsel about this case between January 1, 2022 and the present.**

2. Identify each gun, firearm, or rifle which You own or possess.

**RESPONSE: Plaintiff Koch objects to this interrogatory because it is overly broad, seeks information which is not relevant to the claims at issue in this case, and is not proportional to the needs of this case. Knowing all "gun[s]," "firearm[s]," and "rifle[s]" Plaintiff Koch owns or possesses will not affect any of Defendants' defenses or any of Plaintiffs' affirmative claims in this case, nor is it relevant to any of Plaintiffs' claims in this case. Such information is not proportional to the needs of this case because it has no importance in resolving the issues presented in this case.**

**Subject to and without waiving his objections, Plaintiff Koch refers Defendant to the copy of his New York concealed carry license produced with Plaintiff's responses.**

2

3. State the factual basis for your "understanding that prior to the CCIA's enactment," the New York State Unified Court System building where You worked did not prohibit carrying handguns concealed, as alleged in paragraph "71" of the Second Amended Complaint.

**RESPONSE: Plaintiff Koch was not and is not aware of any laws, statutes, or regulations explicitly prohibiting licensed concealed handgun carry prior to the CCIA's enactment within the parking lot, shared spaces, or loading dock of his previous work building, or in the parking lot of his new work building. The parking lot, shared spaces, and loading dock of his previous work building were unsecured and open to the public, while the New York State Unified Court System office was protected by fob access. Plaintiff Koch's new work building (to which he moved recently) is entirely leased by the New York State Unified Court System and he believes all entrances are or will be protected by locked doors and/or fob access, including the main entrance and loading dock.**

**Although Plaintiff Koch was not and is not aware of any law or written policy in place before the CCIA's enactment that barred licensed concealed handgun carry at his previous or current places of work, he believes that the New York State Unified Court System only allows approved court officers or clerks to carry within spaces leased by the New York State Unified Court System and protected with fob access. Plaintiff Koch did not and does not intend to challenge any of his employer's policies (whether written or unwritten) regarding concealed carry.**

**Plaintiff Koch did not desire to carry concealed within the New York State Unified Court System leased space (or at his desk in that space) located within his former building, except for any part of the building that was unsecured and open to the public, such as when**

**the loading dock was not secured. Nor does Plaintiff Koch desire to carry within his new work building which is entirely leased by the New York State Unified Court System. Plaintiff Koch still desires to carry within the parking lot and any place unsecured, open to the public, and outside of the building but still on the grounds, and store his handgun in his car while he works at his new building. Plaintiff Koch does not want to be deprived of reasonable access to his handgun, within the bounds of his employer's policies, just because he works in a building leased and controlled by a government entity. Plaintiff did not and does not desire to carry while performing any job functions in any way that would violate any employer policy.**

4.    Identify and describe any occasion in which You have used your firearms defensively or in response to a real or perceived threat.

**RESPONSE: Plaintiff Koch objects to this interrogatory because it is overly broad, seeks information which is not relevant to the claims at issue in this case, and is not proportional to the needs of this case.**

**Subject to and without waiving his objections, Plaintiff Koch reasonably interprets this interrogatory to request information regarding any instances where Plaintiff Koch has actively aimed or discharged any of his firearms in response to a real or perceived threat to his or another person's life. Plaintiff Koch has never aimed or discharged any of his firearms at another person in response to a real or perceived threat to his or another person's life.**

[All objections submitted by counsel. Verification and signatures follow]

4

## VERIFICATION

I do solemnly declare and affirm under the penalty of perjury that the foregoing Responses to Defendant James' First Interrogatories are true and correct to the best of my knowledge, information, and belief.


Dated: 9/23/2025                                    /s/ *Brandon Koch*

                                                    Brandon Koch

Dated: September 23, 2025                Respectfully submitted,

                                         /s/ *John Parker Sweeney*
                                         John Parker Sweeney
                                         James W. Porter, III
                                         Bradley Arant Boult Cummings LLP
                                         1900 K Street NW, Suite 800
                                         Washington, D.C. 20006
                                         Phone: 202-393-7150
                                         Facsimile: 202-347-1684
                                         jsweeney@bradley.com
                                         jporter@bradley.com

                                         *Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on September 23, 2025, a copy of the foregoing was served

via email to the following counsel for Defendant James:

Jennifer J. Corcoran
James M. Thompson
Molly Thomas-Jensen
New York State Office of the Attorney General
The Capitol
Albany, NY 12224
518-776-2581
Fax: 518-915-7738
Email: jennifer.corcoran@ag.ny.gov
Email: james.thompson@ag.ny.gov
Email: molly.thomas-jensen@ag.ny.gov

Respectfully submitted,

*/s/ John Parker Sweeney*
John Parker Sweeney (Bar No. 08761)