# EXHIBIT 17



**GOVERNOR** KATHY HOCHUL



🏷 **Government (/keywords/government)**    🏷 **Public Safety (/keywords/public-safety)**

🏷 **Gun Violence Prevention (/keywords/gun-violence-prevention)**

JUNE 24, 2022 │ Albany, NY

# Governor Hochul Announces Extraordinary Session of the New York State Legislature to Begin on June 30

Convenes Extraordinary Session to Pass Gun Safety Legislation in the Wake of the Supreme Court's Decision in NYSRPA v. Bruen

Proclamation for Extraordinary Session Available [Here](#)

---

Governor Kathy Hochul today announced she will convene an extraordinary session of the New York State Legislature on June 30 to pass new gun safety legislation in response to the United States Supreme Court's decision in *NYSRPA v. Bruen*.

"The Supreme Court's reckless and reprehensible decision to strike down New York's century-old concealed carry law puts lives at risk here in New York," **Governor Hochul said.** "Since the decision was released, I have been working around the clock with our partners in the legislature to craft gun safety legislation in response to this ruling that will protect New Yorkers. My number one priority as Governor will always be to keep New Yorkers safe."

Governor Hochul's proclamation for an extraordinary session can be viewed [here](#).

# Contact the Governor's Press Office

☎ **Contact us by phone:**

Albany: (518) 474 - 8418
New York City: (212) 681 - 4640

✉ **Contact us by email:**

[Press.Office@exec.ny.gov](mailto:Press.Office@exec.ny.gov)

# Translations

### Arabic Translation
الترجمة إلى العربية

⬇ **DOWNLOAD**

### Bengali Translation
বাংলা অনুবাদ

⬇ **DOWNLOAD**

### Chinese Translation
中文翻譯

⬇ **DOWNLOAD**

### Haitian-Creole Translation
Tradiksyon kreyòl ayisyen

⬇ **DOWNLOAD**

### Italian Translation
Traduzione italiana

⬇ **DOWNLOAD**