# EXHIBIT 19

Page 1

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
Civ. Action No. 1:22-cv-00907-MAD-CFH
------------------------------------x
NEW YORK STATE RIFLE & PISTOL ASSOCIATION,
INC.,

ROBERT NASH,

BRANDON KOCH,

THOMAS STIRNWEIS,

WAYNE FRANCIS,

KHOURY PORTER and

SCOTT NOREN,

                        Plaintiffs,

              -against-

STEVEN G. JAMES, in his official capacity
as Acting Superintendent of the New York
State Police,

RODNEY K. HARRISON, in his official capacity
as Commissioner of the Suffolk County Police
Department and Licensing Officer for Suffolk
County,
PATRICK J. RYDER, in his official capacity
as Police Commissioner of the Nassau County
Police Department and Licensing Officer for
Nassau County,

                        Defendants.

------------------------------------x

REMOTE DEPOSITION of DR. BRENNAN NICOLE

Page 2

RIVAS

Dr. B.N. Rivas

important thing to bear in mind is that at least in the American colonies, there were some -- there were some lawful reasons for carrying weapons and I think maybe we can think about this as distinguishing between -- between those things.

Q      So do you agree then that these statutes really only bar carry when it is terrorizing to the public?

MS. THOMAS-JENSEN:  Object to the form.

A      No.  I would not put it in those terms.

Q      So then when and where did these statutes actually bar carry?

A      Well, I would say they primarily bar carry in the spaces that they listed, which are -- let's see if one of them includes a list.  By day or by night in fairs or in markets or in other places, right and the one that I found also was a Philadelphia mayoral proclamation where he talked about not

Dr. B.N. Rivas

A    It does give me helpful context in thinking about that, yes.

Q    Do you mind if I stop sharing this document or do you want me to leave it up?

A    I would kind of like to leave it up.

Q    So we've already talked about the fact that obviously this Statute of Northampton contained this catch-all; correct?

A    Yes.

Q    Again, now that you have the context of this statute and you've been able to review it, how is the Statute of Northampton a locational restriction if it includes a catch-all barring carry in anyplace elsewhere?

A    In thinking about that, I think it's very important to focus on the context of the Statute of Northampton in 1328 in England and distinguish between -- between law and custom and practice in England at that time versus

Dr. B.N. Rivas

in the late eighteenth-century by then the United States and that while the general -- while there was an intent to carry the law and certainly a replication of phrases that when we read this one from the 13 -- from the 1300's, the ways in which weapons were restricted among the general public in medieval England were quite different from what was normal in the colonial -- in colonial North America and in the early United States.

So I don't think it's very surprising in this one to see a very restrictive -- a very restrictive rule about not going about armed.

Q    Do you mind if I stop sharing this for a moment?

A    Yeah.  That's okay.

THE WITNESS:  Before you ask your question, can we take a quick break?  I would -- I would like to take care of something just very quickly.  Hopefully I would think five or ten minutes would be enough.

Dr. B.N. Rivas

violence problem?

MS. THOMAS-JENSEN:  Object
to the form.

A      I'll confess I'm not sure
how to answer your question.  I want to
be helpful, but when I talked about a gun
violence problem, I was using it to
describe -- to describe something from
the mid and late nineteenth-century.
That's not to say there wasn't gun
violence in other eras, but there was
something different that occurred as a
result of various factors during the mid
and late nineteenth-century.

Q      So when does gun violence
cross over into a gun violence problem?
Is there a set of factors --

A      Uh-huh.

Q      -- or quantifiable
measurements that you can give me that
you can say okay, this is when gun
violence turns into a gun violence
problem?

A      I like how you phrased that,

Dr. B.N. Rivas

when does gun violence become a gun violence problem because, yes, there is gun violence all the time.  The reason why I would use the word problem is because in so many of the sources that I read in the time period, especially after about 1850, people themselves are talking about what's going on around them and what they say indicates to me that they are experiencing a gun violence problem.

So the reason why I would describe it as being a quote problem as opposed to just the, you know, the statistically inevitable gun violence is because you see in the sources from the time period people talking about there being a problem with guns and people carrying guns and concealing them and shooting each other and things like that. So it's really a description that's being driven by the sources that I've seen in studying the subject and the time period.

Q      In reviewing primary sources from the colonial and founding eras and

Page 202

Dr. B.N. Rivas

not cited.  So while they specifically were not instrumental in arriving at a decision, my having read them is part of what -- part of what informs my -- it's part of what informs my ability to speak on this topic at all.

Q          Right.  Are there any or do you have any other expert opinions in this case that either are not contained in your expert declaration or that we have not discussed today?

A          I don't think so.

Q          Do you have any expert opinions in this case related to handgun carry licensing or the renewal of individual carry licenses?

A          That is not something that I looked into for this case.

Q          And do you have any -- strike that.  I think I maybe have one more question.

Do you have any other expert opinions in this case relating to the CCIA's automobile storage requirements?