# EXHIBIT 24

# AMERICAN HOMICIDE

## RANDOLPH ROTH



**RANDOLPH ROTH**

———————

# American Homicide

**THE BELKNAP PRESS OF**

**HARVARD UNIVERSITY PRESS**

Cambridge, Massachusetts

London, England

2009

York Rivers on penalty of death, unless they were official emissaries. The extirpation of the Indians and the creation of a uniform system of law enforcement brought frontier violence and extreme homicide rates to an end.[44]

Homicide rates did not fall as quickly or drastically where political stability remained elusive. Colonists in Maryland found that their Native adversaries were too powerful and they themselves were too few (there were only about 1,000 men, women, and children in 1650) to control the upper Chesapeake. The failure of the colonists to unite in support of Maryland's Catholic proprietary government compounded the difficulty of establishing control. Treaties with Maryland's most powerful Native neighbors in 1651 and 1652 diminished frontier violence but did not eliminate it. In New Netherlands, settlers joined each other sporadically to battle Native Americans for control of the lower Hudson River Valley until the mid-1670s, but the Dutch, the English, and the French were too divided to establish control over the region, and distrust and hatred among groups with disparate religious and national backgrounds made them more likely to prey upon one another. The Dutch found the intrigues of English settlers particularly galling. The English harbored "fugitives and robbers," negotiated treaties with Indians at the expense of the Dutch, and plotted to overthrow the Dutch government. Lawlessness was exacerbated by three Anglo-Dutch wars between 1652 and 1674 and by warfare between the Dutch and the Esopus and Wappinger Indians, who resisted the encroachment of Dutch settlers onto their land.[45]

Of course, homicides between Native Americans and settlers did not disappear altogether in Virginia or New England. The proportion of European homicide victims who were killed by Native Americans fell from three-fourths to one-third in New England after the Pequot War. Most of these postfrontier homicides were rooted in drunken quarrels or property disputes. But through the early 1670s, in areas where settlers had established control, bitter feelings remained and sometimes exploded into terrible violence. In 1644, a year after Dutch and English settlers massacred hundreds of Natives near Stamford, Connecticut, a man named Busshege walked into a farmhouse on the edge of town and smashed a woman's head with a lathing hammer as she stooped to pick up her baby. In 1657 Mesapano attacked a farm in Farmington, Connecticut. He killed a pregnant woman and her maid,

beat a small child and left it for dead, and set fire to the house and barn. In 1673 Punneau forced his way into the home of an elderly woman, Lettice Bulgar, and raped her and beat her to death.[46]

Colonists who murdered Indians in the postfrontier period were generally driven by hatred or a desire to get rid of Indians they considered a nuisance. Murders that occurred in the 1650s in Lancaster County, Virginia, for instance, appear to have been part of a loosely coordinated effort to expel the Native population. The treaty of 1646 had promised the tribes of the Powhatan confederacy that no one would encroach on their lands north of the York River and that they could seek redress in Virginia courts for crimes committed against them by settlers; but those promises did not protect the Rappahannocks, who lived between the Rappahannock and Potomac Rivers on land suited to the production of high-grade sweet tobacco. Planters in Lancaster County squatted on Rappahannock land and shot any Indian who "trespassed." The Rappahannocks responded by breaking fences and killing livestock. The planters then persuaded the Virginia legislature to authorize the militia to demand reparations from the Rappahannocks. They met with Taweeren, the Rappahannock *weroance,* or principal chief, and told him he would be tried for damages in county court if he failed to make restitution. The meeting ended in a fight, and Taweeren was killed. Soon afterward a Rappahannock was shot dead for carrying a gun that settlers had lent him. Although the two men who had given the victim the gun were prosecuted, no charges were brought against the killer.[47] When governments abdicated their responsibility to keep the peace, homicide became the means through which settlers and Indians waged an undeclared war against each other.

### Homicide among European Colonists in the Mid-Seventeenth Century

The end of outright warfare between colonists and Native Americans and among colonists of different nationalities brought about a decline in homicide rates but did not push them below those of Europe. The decline in murders by Indians and by violence-prone soldiers and sailors did not make the colonies nonhomicidal, because the attitudes and behaviors that settlers had brought with them from Europe per-

sisted. Friends, acquaintances, and strangers continued to murder one another at a high rate by today's standards into the 1670s—6 per 100,000 adult colonists per year in New England, 21 per 100,000 in New Netherlands, 29 per 100,000 in Maryland, and 37 per 100,000 in Virginia.[48] The rate remained high despite better local law enforcement, the creation of county courts, liberal application of the death penalty, and improvement in the economic circumstances of many settlers between the mid-1640s and the 1670s.

As in Europe, politics were contentious, and relationships among friends and neighbors were volatile. The colonists had little sense of a shared religious or national identity, and many outsiders were profoundly alienated from oppressive, unrepresentative, or incompetent colonial governments and the imperial governments that sponsored them. Most disaffected were indentured servants, whose social status was lower than that of any freeborn, law-abiding person in western Europe; but people who did not share the dominant religion or nationality in each colony were also at odds with the controlling governments. Relations between Puritans and non-Puritans in Plymouth, Massachusetts Bay, New Hampshire, Rhode Island, and Maine remained troubled. Ethnic and religious friction was pervasive among the English and the Dutch in New Netherlands, and there was intense conflict between Catholics and Protestants and between masters and indentured servants in the Chesapeake.

The Puritans' case shows how a tightly knit community could actually foster violence. The homicide rate among unrelated adults was lower within the Puritans' closely circumscribed social circle, just as it was in Europe. The persecution they had experienced in England helped them to forge strong bonds among themselves, so that there was less violence within their communities than elsewhere. But in New England the Puritans became the persecutors. They spent much of their time hounding people who seemed to threaten their theocratic experiment: dissenters, sinners, witches, and the wandering poor. They broke up settlements of dissidents, banished heretics, hanged suspected witches, and created so much hostility among non-Puritans that forging bonds across society as a whole was impossible.[49] As a result the society around them became more violent. New England did have a lower homicide rate than New Netherlands or the Chesapeake, thanks to the low rate of violence among Puritans; but the sense of

community was not strong enough anywhere in the colonies to push the ordinary murder rate—that is, the rate stemming from murders committed in brawls, property disputes, robberies, or rapes—below the rates that prevailed in seventeenth-century Europe.

Like their contemporaries in Europe, the colonists were profoundly distrustful of government and were likely to take up arms if they felt that their governments were not responsive to their needs. Colonial governments had not yet achieved the legitimacy that would enable them to undertake divisive or unpopular actions without jeopardizing their hold on power, and if they failed to protect the people they were seen as having forfeited their right to rule. In Virginia, for instance, Governor William Berkeley's refusal to wage total war against Native Americans in the Chesapeake was the impetus for a rebellion against him that claimed at least twenty lives. A quarrel in 1675 in Stafford County, Virginia, over a debt owed by a local planter to Indians who lived across the Potomac River in Maryland led to raids and reprisals that soon involved the militias of both colonies and several neighboring tribes, particularly the Susquehannas, who responded to the unprovoked murder of fourteen of their men by the Virginia militia with devastating raids on the Virginia backcountry. At least sixty settlers were killed in the fall of 1675, including the overseer of Nathaniel Bacon's plantation in Henrico County.[50]

Governor Berkeley called for a defensive strategy. He asked for frontier garrisons and patrols to protect settlers and to respond to incursions, and he pressed for a diplomatic alliance with tribes who had lived peacefully under Virginia's jurisdiction since the treaty of 1646, in hopes they would join the fight against the Susquehannas. Bacon wanted to wage war against all Indians, even those who were at peace with Virginia. He and his supporters believed that sooner or later all the tribes would join forces against the colonists. When Berkeley refused to sanction Bacon's effort to raise an armed force to attack the Indians, Bacon and his supporters tried to overthrow the government. At least two of Berkeley's men were killed when they tried to break Bacon's siege of Jamestown with a frontal assault, and at least eighteen men were killed when the governor's forces finally crushed the rebellion in the winter of 1676–77.[51]

The colonial rebellions that occurred during the turmoil of England's Civil Wars were an extreme expression of the rejection of

government legitimacy that correlates with high homicide rates. In Maryland, where resentment of the government had produced spectacularly high homicide rates, and where political homicides outnumbered all other kinds of homicides, colonists opposed to the Catholic proprietorship of Lord Baltimore overthrew the government in 1655. Connecticut faced its own revolutionary challenge in 1654 from Thomas Baxter, who had been commissioned by Parliament to fight against "ye Duch and enemies of the Commonwealth of England." England and the Netherlands had been at war since 1652, but New England authorities wanted no part of the war, at least until they could assemble an army large enough to invade New Netherlands. Baxter infuriated local officials by raising his own force. He seized a ship, commandeered arms, and impressed servants. When Parliament finally ordered him to submit to New England's governments, he refused. New England's Puritan regimes were illegitimate, he said. They denied voting rights to men who were not members of Congregational churches—men like Baxter's supporters, who were largely poor and non-Puritan. As Robert Bassett, Baxter's second-in-command, put it, such men were not so much members of the community or "neighbours," "but bond-men & slaves." Basset appealed to the citizens of Fairfield, saying that the Baxterites "would obey no authority but that which was from the State of England. . . . Let us have Englands lawes, for England doe not prohibbitt us from our votes and liberties. . . . Wee can [have] no justice here." Baxter was not a royalist, but since he threatened Congregational rule, he was arrested. His men marched on the Stamford jail to free him, and in the resulting skirmish one of them was killed.[52]

There were dozens of riots, rebellions, and conspiracies in the colonies during the seventeenth century, reflecting widespread resentment of local and royal authorities and doubts about the effectiveness of colonial governments or outright rejection of their right to rule. In 1641, for example, Massachusetts Bay had to send forty soldiers to suppress a heterodox community that Samuel Gorton and his followers had founded at Shawomet, Rhode Island. Gorton's supporters met them with equal force and riddled their flag with shot before surrendering. In 1667 Dutch villagers rioted against an English garrison in Kingston, New York, in an effort to expel their English conquerors from the town. In 1682 some Virginia planters went on a rampage

against their neighbors to vent their frustration with glutted markets and low tobacco prices. Tired of the government's refusal to restrict production, they cut down tobacco plants on more than two hundred plantations before they could be stopped. In 1683–84 opponents of the crown's decision to make New Hampshire a royal colony threatened the life of Governor Cranfield, who fled to Boston. They beat up a customs collector, a marshal, and a member of the governor's council. One of the rebels barged into the governor's mansion to protest the taxes that the colony's proprietors were about to impose on land, and he threw two of the governor's men into the fireplace, breaking the ribs of one and singeing the wig and stockings of the other.[53]

The motives behind private homicides among unrelated colonists are less well known, but in a society in which so many colonists felt estranged from their fellow colonists and mistrustful of the courts, it is not surprising that quarrels, property disputes, and ethnic and religious hatreds claimed many more lives than political disputes did (except in Maryland). Killings that resulted from quarrels and ethnic and religious differences were probably responsible for three-fourths of nonpolitical homicides. (Homicides committed during robberies and sexual assaults made up the balance.) As in Europe, men were anxious about their social standing and quick to kill if they were insulted. William Bently, a Virginia tailor, ran aground in a small boat at Merry Point during a storm and cried for help, but people in a nearby house refused to stir. Bently somehow got ashore and staggered into the house, where he found everyone sprawled around drunk. He berated them, and Thomas Godby replied, "Doe you think wee have nothing to doe but to fetch you out of the water?" Matters went downhill from there. Even Godby's friends agreed that he "gave Bently many provoking wordes" before Bently began to beat him. He died of internal bleeding.[54]

Homicides resulting from property disputes reflected the widespread belief that the legal system of the time was unreliable and illustrated how that belief rendered men anxious and trigger-happy in the face of the most insignificant trespasses. Robert Hobbs, a teenager who worked on a tobacco plantation on the shore of Chesapeake Bay in Calvert County, Maryland, confronted the crew of a ship that had spied a pile of oysters on plantation property and was gathering them up. Hobbs "rayled" at the men, but they told him that "hee need not

bee soe angry for eating a few oysters, for they cost him nothing." Hobbs retorted that "they cost him his labour, for that hee had beene all the day in getting of them." The plantation overseer, Patrick Due, arrived with his musket and threatened to shoot the sailors if they didn't leave. One of the sailors told Due that if they "had done him any wronge in Eating of his Oysters" they would pay for them, and he "incontiently heaved a Quarter of a peice of Eight on the shoare." Due shot him.[55]

Men had very little respect for the courts and were often unwilling to cede control to them. Thomas Flounders and Walter House were involved in a lawsuit, and one day House walked into Flounders' shop in Wickford, Rhode Island, picked up a piece of wood, and smashed House's skull. Nathan Bedford of Scarborough, Maine, who was engaged in a legal battle with the wealthiest man in town over ownership of a tract of land, was found drowned with bruises on him that convinced the coroner's jurors he had been beaten. And Henry Sherburne, a prominent landowner and former selectmen and clerk in Portsmouth, New Hampshire, was found dead under unusual circumstances shortly after he had filed a complaint against the Bickford family for injuring his cattle and stealing.[56]

Ethnic and religious differences led to homicides because of the lack of a broader sense of solidarity among the colonists. William Becker, a Dutchman, and Richard Colfax, an Englishman, were neighbors in the predominantly English settlement of Middleborough, New Netherlands. They quarreled bitterly over national differences during the first Anglo-Dutch War (1652–1654), and Becker threatened to kill Colfax. Eventually he made good on his word. Like Becker, John Billington was a member of an embattled minority. As an Anglican in Plymouth Colony, he supported a faction led by Reverend John Lyford and trader John Oldham that wanted to reunite Plymouth's Pilgrim churches with the Anglican Church. Plymouth authorities condemned them for their belligerence and profanity and eventually forced Lyford and Oldham to leave. They considered Billington harmless, however, and he was allowed to stay. Deprived of his companions, he came to resent his Separatist neighbors more with each passing day. He conceived a particular hatred for a young farmer named John Newcomen, and one day while he was out hunting he came upon Newcomen in the woods and shot him.[57]

Murders involving rape and sexual assault were rarer than murders

colonists per year on the eve of the French and Indian War and 6 per 100,000 during the war.[68]

Homicide rates followed a more complex pattern in Pennsylvania, but they, too, ended up low on the eve of the French and Indian War, and they fell to an even lower level during the war (Figure 2.2). The colony, which was settled by Quakers, Moravians, and other pietists in the 1680s and 1690s, initially had a very low homicide rate—around 2 per 100,000 adults per year. That rate was largely due to the stability of the Quaker-dominated government, the pietists' solidarity and commitment to nonviolence, and the absence of a staple crop, which almost eliminated the need for slaves or indentured servants. Most of the inhabitants were also willing to live in peace with Native Americans and to abide by the terms of treaties.[69]

However, the homicide rate surged in Pennsylvania from the late 1710s to the early 1730s, to probably 9 or more per 100,000 adults per year—the rate that had prevailed in New England before King Philip's War. The primary cause was a sudden influx of settlers from northern Ireland, Germany, and elsewhere. The arrival of thousands of non-English and non-Quaker immigrants made Quakers and pietists a minority, and the moral and religious solidarity that had prevailed in the colony was destroyed. Quakers and pietists found this new diversity distressing and felt they had been "invaded." They debated whether newcomers should be granted political rights. Relations between established residents and "foreigners" were tense, as they were among newcomers of different nationalities, and many poor immigrants were profoundly alienated from everyone. Germans killed Irishmen, Scotsmen killed Welshmen, indentured servants killed masters or fellow servants, and criminal gangs committed robbery murders. Quakers and other pietists did not themselves become homicidal, but beyond the bounds of their communities Pennsylvania became more so, repeating the pattern that took hold in New England in the mid-seventeenth century, when the society outside the Puritan community became more homicidal.[70]

Matters were made worse in Pennsylvania by an economic recession caused by an act of Parliament that prescribed a uniform rate of exchange for foreign coins to prevent tampering. Pennsylvania obeyed the new law, thanks to the influence of the Penn family and of Philadelphia's Quaker merchants, who were currying favor with the royal