# EXHIBIT 59



THE STAGE-COACH BUSINESS IN THE HUDSON VALLEY

Author(s): Oliver W. Holmes

Source: *The Quarterly Journal of the New York State Historical Association*, JULY, 1931, Vol. 12, No. 3 (JULY, 1931), pp. 231–256

Published by: Cornell University Press

Stable URL: https://www.jstor.org/stable/43565350

JSTOR is a not-for-profit service that helps scholars, researchers, and students discover, use, and build upon a wide range of content in a trusted digital archive. We use information technology and tools to increase productivity and facilitate new forms of scholarship. For more information about JSTOR, please contact support@jstor.org

Your use of the JSTOR archive indicates your acceptance of the Terms & Conditions of Use, available at https://about.jstor.org/terms



*Cornell University Press* is collaborating with JSTOR to digitize, preserve and extend access to *The Quarterly Journal of the New York State Historical Association*

This content downloaded from
128.143.86.69 on Wed, 13 Aug 2025 19:13:28 UTC
All use subject to https://about.jstor.org/terms

# THE STAGE-COACH BUSINESS IN THE HUDSON VALLEY*

Transportation is a major theme in the history of New York State, influencing and interpreting all other phases of its life and growth. Indeed the position which the Empire State today holds is due very largely to its fortunate situation in respect to natural routes of trade and travel. It is therefore but right that in chronicling its history we should have much to say of steamboats, canals, railroads, terminals, harbors, ocean shipping, lake tonnage, highways and airports. Not only should their factual history be detailed, but attention should be directed to the subtle and far-reaching changes, the social and economic shiftings which accompany changes in transportation. For all great inventions and innovations to a degree create a characteristic civilization of their own, since they force readjustments in all departments of life. Few innovations produce more far-reaching reverberations than those which improve man's means of getting about and of sending his word to others. Before words were hitched to electricity it will be remembered that communication was dependent upon transportation, so that the latter served a dual role. Even yet, travel and transport facilities, necessary as they are for the exchange of first hand contacts and experiences as well as more material things, remain a major index of the character of a civilization.

In all America, and therefore in New York State, there has been first an era of travel by foot, next a period of horse and rider, and afterwards in succession a stage-coach age, railroad age, and motor age, with an age of air travel apparently full upon us. We who have witnessed the introduction of the automobile and the airplane have first hand knowledge of the widespread transformation in economic, social, and even cultural life which these agencies have brought about. The future historian will consider them among the profoundly significant causative factors of the age. The railroads at the time of their introduction produced changes no less revolutionary, changes which no historian has yet adequately analyzed. The stage-coach and the horse and rider symbolize earlier stages of development so well because they in great measure helped to produce the conditions of life which existed. Each type

*Paper read before the New York State Historical Association at Newburgh, September 25, 1930.

231

This content downloaded from
128.143.86.69 on Wed, 13 Aug 2025 19:13:28 UTC
All use subject to https://about.jstor.org/terms

232          *OLIVER W. HOLMES*

of communication directly determined the tempo of American life for the period of years in which it was dominant. Consider the stage-coach then, not as an antiquarian curiosity, but as a living, creative agent, shuttling back and forth across the face of our state, carrying news, mails, packages and people into nearly every community and binding all communities together into a patterned civilization partly of its own determining.

The first important stage line to be established in New York was set up in June 1785 along the east side of the Hudson River between New York City and Albany. The proprietors were Isaac Van Wyck, John Kinney and Talmadge Hall, tavern-keepers respectively of Fishkill, Kinderhook and New York.[1] Staging had

[1]Their first advertisement, dated Apr. 17, 1785, appeared in the New York *Packet* for Apr. 25, 1785. According to this advertisement the stage was "to commence running the 2d day of June next."

Isaac Van Wyck (1755–1811), the leading proprietor, was a worthy representative of a well-known Fishkill family. He was an ardent patriot, signing the Articles of Association in 1775, and serving several terms in the Revolutionary army, the second time with rank of captain. A part of the army, while encamped at Fishkill, was quartered on his farm. After the war, in addition to being a tavern-keeper and stage-coach proprietor, he served as postmaster at Fishkill until the Postmaster General in 1793 decided that it was improper for one person to be both a mail contractor and postmaster. He was a leading incorporator of the Highland Turnpike Company (*post*), and between 1794 and 1811 served four terms in the State Assembly. He is described as a "medium size man, very social, pleasing and popular in his manners, and held in much respect in the community." [T. V. Brinckerhoff], *Historical Sketch and Directory of the Town of Fishkill* (1866), p. 95. See also A. Van Wyck, *Descendants of Cornelius Barentse Van Wyck* (1912), pp. 51, 77, 87, 122, and the *Postmaster General's Letter Books* (in Federal Post Office Building, Washington, D. C.), letters to Col. Bauman, Mar. 4, 1793, and to Egbert Benson, Mar. 8, 1793.

Talmadge Hall, a native of New Fairfield, Conn., had a long and adventurous career in the Revolutionary army, winning the rank of lieutenant, and being twice wounded in the storming of Stony Point under Wayne. In October 1784 Hall became proprietor of the New York end of the newly established New York and Boston stage line. The next May he announced that he had taken "the elegant House on Haerlem Heights of Isaac Ledyard, Esq., for the accomodation of his eastern and northern stages" and "provided himself with ready and obedient servants, and the best fare the country affords." This house, then known as the Roger Morris Mansion, had been alternately the headquarters of both Washington and the British General Clinton during the Revolutionary fighting on Manhattan, and was destined to become further famous as the home of the merchant Jumel, and later of his widow. When advertised for sale in 1788 the mansion and outbuildings were described as "probably not exceeded in this State, for elegance and spaciousness, and the prospect from the house is the most commanding on the island." See adv. in the New York *Packet*, Mar. 18, 1788; see also W. H. Shelton, *The Jumel Mansion* (1916). Financial difficulties seemingly forced Hall to give up the Morris Mansion early in 1787, for in June he was located at "no. 49 Cortlandt St., leading from Oswego Market, to Powles-Hook ferry, being the first brick house on the left hand from Broadway." (Adv. in the New York *Journal*,

This content downloaded from
128.143.86.69 on Wed, 13 Aug 2025 19:13:28 UTC
All use subject to https://about.jstor.org/terms

developed somewhat in the colonies before the Revolution, especially around Boston and Philadelphia, but not in New York, although mention should be made of lines running across New Jersey between New York City and Philadelphia.[2] The reason is, probably, that in all other directions there existed excellent facilities for water transport connecting New York City with nearly every town of importance in the colony. No better highway for serving the state could have been made to order than the broad, deep Hudson, extending far inland through the heart of the settled area of that period.

Yet the Hudson was frozen in winter when mails and passengers must journey by land. Even when the river was open the sloops of the day must not be thought as swift and comfortable as the steamboats of a later generation. With luck a passage to Albany could be made in two days but four days was the average, while a journey might at times extend to a week.[3] Nor was the trip in the small vessels, often heavily laden with freight, without its dangers in case of sudden squalls on the river. To the timid it

June 21, 1787). By September 1787, he had given up his stage lines and in December he was forced to sell his tavern and make an assignment to his creditors, after which he disappears from sight. His tavern was taken by Christopher Beekman, and in 1789 Beekman was succeeded by Mrs. Fraunces, who ran this house while her husband was steward in the President's household. The tavern remained the starting point of both the Boston and Albany stages, and Cortlandt Street remained the staging center of New York City until the 1850's. For Hall's connections with the Boston line see O. W. Holmes, "Levi Pease, the Father of New England Stage-coaching" in *Journal of Economic and Business History* (Feb. 1931), 3:241-63.

Of John Kenney nothing further is known.

[2]For movements across New Jersey to Philadelphia in colonial times see W. H. Benedict, "Travel Across New Jersey in the Eighteenth Century," in *New Jersey Historical Society Proceedings*, new series (1922), 7:97-119. There were two colonial stage lines on Long Island, one to Jamaica, advertised in the New York *Mercury*, June 8, 1767, and the other to Sag Harbor, advertised in the New York *Journal*, May 28 and July 9; 1772. It is not known whether these lines existed in other years, but these were the only notices found in going through files of the *Mercury*, *Journal*, and other newspapers for the decade previous to the Revolution. There was also an attempt in 1772 to set up a stage line between New York and Boston, which failed after making several journeys. See advertisements in the New York *Journal*, Mar. 5 and June 25, 1772; Boston *Gazette*, June 1, 1772; Boston *Evening Post*, July 6, 1772; and S. A. Drake, *Old Boston Taverns*, p. 68.

[3]John Maude, who made the journey by sloop in 1800 wrote in his *Visit to the Falls of Niagara* (1826), p. 19: "Our passage of four days may be considered a long one, at this season of the year. . . The shortest passage ever made on this River was by this same Sloop and Captain; he made it in sixteen hours and six minutes. . . The passage often takes a fortnight to perform it. . . ." Fare for the trip was usually $2. Passengers paid extra for bed and board, the charge in Maude's case being $4.50.

This content downloaded from
128.143.86.69 on Wed, 13 Aug 2025 19:13:28 UTC
All use subject to https://about.jstor.org/terms