# EXHIBIT 71

VOL. 50, ISSUE 2                                           MAY 2024

# JOURNAL OF LEGISLATION

## ARTICLES

---

## THE HISTORY OF BANS ON TYPES OF ARMS BEFORE 1900

*David B. Kopel*[*]
*Joseph G.S. Greenlee*[**]

## CONTENTS

INTRODUCTION ....................................................................................... 226

I.   ENGLISH HISTORY ....................................................................... 228

   A.  *Arms Bans in England* .......................................................... 228

   B.  *Repeating Firearms in England* ............................................. 232

      1.  The Kalthoff Repeating Rifle ......................................... 234

      2.  The Lorenzoni repeating handguns and rifles ............... 234

II.  THE COLONIAL PERIOD AND EARLY REPUBLIC ......................... 236

   A.  *The English Colonies* ............................................................ 236

   B.  *New Sweden* ......................................................................... 238

   C.  *New Netherland* ................................................................... 239

   D.  *Arms Mandates in Colonial America* ..................................... 241

      1.  Who was required to keep or bear arms? ...................... 241

      2.  Types of mandatory arms............................................... 243

   E.  *Repeating Arms*.................................................................... 254

---

© 2024 David B. Kopel & Joseph G.S. Greenlee.  Individuals and educational institutions may reproduce and distribute copies of this Article in any format at or below cost, for educational purposes, so long as each copy identifies the author, provides a citation to the *Journal of Legislation*, and includes this provision and proper notice of copyright ownership.

[*]    Research Director, Independence Institute, Denver; Adjunct Scholar, Cato Institute; Senior Fellow, University of Wyoming College of Law, Firearms Research Center; co-author FIREARMS LAW AND THE SECOND AMENDMENT: REGULATION, RIGHTS, AND POLICY (Aspen Pubs. 3d ed. 2022).

[**]    Director of Constitutional Studies, FPC Action Foundation; Director of the Office of Litigation Counsel, National Rifle Association Institute for Legislative Action; Research Associate, Independence Institute; Policy Advisor for Legal Affairs, Heartland Institute.

addition to the express arms guarantees in the early colonial charters, the colonists were protected by the 1689 English Bill of Rights, which secured the right of "the subjects which are Protestants [to] have arms for their defence."[75]

All colonies except Pennsylvania required that arms be kept in most homes.[76] In addition to militia statutes, which typically covered males ages sixteen to sixty, many people not in the militia had to have the same arms as militiamen. The non-militia mandates applied to men exempt from militia duties because of occupation (e.g., doctors), infirmity, or advanced age. Arms possession mandates sometimes applied to heads of households, including women. Besides that, arms carrying was often mandatory, and to comply with a carry mandate, a person at least had to have access to arms.[77]

There were no prohibitions on any particular type of arm, ammunition, or accessory in any English colony that later became an American state. The only restriction in the English colonies involving specific arms was a handgun and knife carry restriction enacted in Quaker-owned East New Jersey in 1686.[78]

Today's New Jersey was once part of New Netherland. New Netherland was not subdivided into different colonies. After the English seized New Netherland from the Dutch in 1664, East Jersey, West Jersey, and New York were created as separate colonies. The 1684 East Jersey restriction on carry was in force at most eight years and was not carried forward when East Jersey merged with West Jersey in 1702.[79] That law imposed no restriction on the possession or sale of any arms.

### B. New Sweden

---

[75]    English Bill of Rights, 1 WM. & MARY, sess. 2, ch. 2 (1689) ("The subjects which are protestants may have arms for their defence suitable to their conditions and as allowed by law.").

[76]    Pennsylvania did not have a militia mandate until the adoption of the 1776 state constitution following Independence. PA. CONST. of 1776, § 5; 9 THE STATUTES AT LARGE OF PENNSYLVANIA FROM 1682–1801, at 77 (1903) (enacted 1777). During the French & Indian War, in 1755, the colonial legislature had enacted a statute for voluntary militia companies. Id. at 197 (1898).

[77]    See infra Part II.D.

[78]    The East Jersey law forbade the concealed carry of "any Pocket Pistol, Skeines [Irish-Scottish dagger], Stilladoes [stilettos], Daggers or Dirks, or other unusual or unlawful Weapons." Further, no "Planter" (frontiersman) could "Ride or go Armed with Sword, Pistol, or Dagger," except when in government service or if "Strangers" (i.e. travelers). AARON LEAMING & JACOB SPICER, THE GRANTS, CONCESSIONS, AND ORIGINAL CONSTITUTIONS OF THE PROVINCE OF NEW-JERSEY 289–90 (1758).

[79]

> By 1694, East New Jersey provided that no slave "be permitted to carry any gun or pistol . . . into the woods, or plantations" unless their owner accompanied them. Id. at 341. If slave-owning planters were prohibited from carrying pistols, it is hard to comprehend why slaves would have been able to carry them in the planter's presence. Moreover, there is no evidence that the 1686 statute survived the 1702 merger of East and West New Jersey. See 1 SAMUEL NEVILL, ACTS OF THE GENERAL ASSEMBLY OF THE PROVINCE OF NEW-JERSEY (1752). At most eight years of history in half a Colony roughly a century before the founding sheds little light on how to properly interpret the Second Amendment.

N.Y. State Rifle & Pistol Ass'n v. Bruen, 597 U.S. 1, 49 (2022)