

Jonathan M. Bernstein  |  Partner
Direct 518-935-4240  |  jbernstein@goldbergsegalla.com

May 13, 2026

*via ECF*

Hon. Mae A. D'Agostino
James T. Foley U.S. Courthouse
445 Broadway
Albany, New York 12207

   **Re:** **New York State Rifle & Pistol Association, Inc., et al v. Steven G. James, et al**
     **Civil Case No.: 1:22-cv-00907 (MAD/PJE)**

Dear Judge D'Agostino:

  Goldberg Segalla LLP represents defendant  Patrick J. Ryder in his official capacity as Police Commissioner of the Nassau County Police Department, and Licensing Officer for Nassau County.  Goldberg Segalla LLP took over the handling of this case in April 2026.  My partner Kevin Cannizzaro has been the lead attorney and handling preparing the motion and opposition.

  Unfortunately, Mr. Cannizzaro was recently hospitalized and it is uncertain as to the date of release and return to work. In light of this unforeseen circumstance, defendant requests a one-week adjournment of the briefing schedule.

  The new proposed dates would be May 27, 2026 for defendants' opposition and cross motion for summary judgment. Plaintiffs' reply in support of their motion and opposition to Defendants cross-motion for  summary judgment due by July 1, 2026.  Defendants sur-reply in support of their cross-motion for summary judgment is due by July 22, 2026.

  It is also requested that the Daubert motion deadlines be adjusted accordingly to keep all motions in lock step.

  The parties have been notified and supplied consent.

  We respectfully request the adjournment be granted in light of demonstrating good cause.

      Respectfully submitted,

      Jonathan M. Bernstein

cc:  All counsel of record via ECF