UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YOK

_____

NEW YORK STATE RIFLE & PISTOL ASSOCIATION,
INC., ROBERT NASH, BRANDON KOCH, THOMAS
STIRNWEIS, WAYNE FRANCIS, KHOURY PORTER and          Civil Case No. 1:22-cv-00907
SCOTT NOREN,

                   Plaintiffs,

      -against-

STEVEN G. JAMES, in his official capacity as Acting
Superintendent of the New York State Police, RODNEY K.
HARRISON, in his official capacity as Commissioner of the
Suffolk County Police Department, and Licensing Officer for
Suffolk County and PATRICK J. RYDER, in his official
capacity as Police Commissioner of the Nassau County Police
Department, and Licensing Officer for Nassau County,

                  Defendants,

_____

## CERTIFICATE OF SERVICE

      I hereby certify that on May 27, 2026, I electronically filed Defendant Patrick J. Ryder's Memorandum of Law, Declaration of Kevin M. Cannizzaro with exhibits and Response to Plaintiffs' Statement of Material Facts and Counter-Statement of Material Facts with the Northern District of New York Clerk's Office using its ECF system, which would then electronically notify the following ECF participants on this case:

| | |
|---|---|
| James W. Porter, Esq.<br>Bradley Arant Boult Cummings<br>1819 Fifth Avenue North<br>Birmingham, AL 35203<br>jporter@bradley.com | Molly Thomas-Jensen, Esq.<br>James Thompson, Esq.<br>Office of the New York State Attorney General<br>The Capitol<br>Albany, New York 12224<br>molly.thomas-jensen@ag.ny.gov<br>james.thompson@ag.ny.gov |

Arlene S. Zwilling, Esq.
Suffolk County Attorneys' Office
100 Veterans Memorial Hwy
Hauppauge, New York 11788
arlene.zwilling@suffolkcountyny.gov

_____
Abigail J. Marx

57168650.v1