## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NEW YORK STATE RIFLE & PISTOL ASSOCIATION, INC., <br><br> ROBERT NASH, <br><br> BRANDON KOCH, <br><br> THOMAS STIRNWEIS, <br><br> WAYNE FRANCIS, <br><br> KHOURY PORTER, *and* <br><br> SCOTT NOREN <br><br>      *Plaintiffs,* <br><br> v. <br><br> STEVEN G. JAMES, in his official capacity as Acting Superintendent of the New York State Police, <br><br> RODNEY K. HARRISON, in his official capacity as Commissioner of the Suffolk County Police Department, and Licensing Officer for Suffolk County, *and* <br><br> PATRICK J. RYDER, in his official capacity as Police Commissioner of the Nassau County Police Department, and Licensing Officer for Nassau County <br><br>     *Defendants.* | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) )    Civ. Action No. 1:22-cv-00907-MAD-PJE |

**PLAINTIFFS' MOTION TO EXCLUDE EXPERT TESTIMONY**

Plaintiffs the New York State Rifle and Pistol Association ("NYSRPA"), Robert Nash, Brandon Koch, Thomas Stirnweis, Wayne Francis, Khoury Porter, and Scott Noren, by and through undersigned counsel and pursuant to Federal Rule of Evidence 702, move to exclude Defendant James' expert witness testimony and opinions for the reasons stated in their

1

accompanying Memorandum of Law in Support of Motion to Exclude Expert Testimony, along with its accompanying exhibits.

Plaintiffs seek to exclude Defendant James' proposed experts' testimony and opinions because they are improper, irrelevant, unreliable, misleading, and – in some cases – simply false. Patrick J. Charles', Brennan Rivas', Paul Reeping's, and Terence Young's testimony and opinions should be excluded in full. Plaintiffs respectfully request that the Court grant their request and exclude the testimony and opinions of Defendant James' four proposed experts in their entirety.

Dated: June 24, 2026

Respectfully submitted,

/s/ *John Parker Sweeney*
John Parker Sweeney
James W. Porter, III
Bradley Arant Boult Cummings LLP
1900 K Street NW, Suite 800
Washington, D.C. 20006
Phone: 202-393-7150
Facsimile: 202-347-1684
jsweeney@bradley.com
jporter@bradley.com

*Counsel for Plaintiffs*

**OF COUNSEL**
W. Chadwick Lamar, Jr. (*pro hac vice*)
Mason A. Kruse (*pro hac vice*)
BRADLEY ARANT BOULT CUMMINGS LLP
1819 Fifth Avenue N.
Birmingham, AL 35223
clamar@bradley.com
mkruse@bradley.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 24th of June, 2026, the foregoing was served, via electronic delivery to Defendants' counsel via CM/ECF system which will forward copies to all Counsel of Record.

Respectfully submitted,

*/s/ John Parker Sweeney*
John Parker Sweeney (Bar No. 08761)