

**Office of the New York State**
**Attorney General**

**Letitia James**
**Attorney General**

Writer Direct: (518) 776-2581

July 1, 2026

**VIA ECF**
Hon. Mae A. D'Agostino
U.S. District Court, Northern District of New York
445 Broadway
Albany, NY 12207

Re:     *New York State Rifle and Pistol Ass'n., et al. v. James, et al.*
        Case No. 22-CV-907 (MAD/PJE)

Dear Judge D'Agostino:

As you know, Defendants' cross-motion(s) and opposition regarding expert witnesses/opinions are due July 15, 2026. I write to respectfully request approval of additional pages for Defendant James' Memorandum of Law, beyond the thirty page limit set forth in the Court's April 13, 2026 Text Order (Dkt No. 129). Plaintiffs' pending motion seeks exclusion of all of Defendant James' expert witnesses for various reasons, which will require a specific response as to each expert for each purported reason. As a result, Defendant James' Memorandum of Law in support of their cross-motion and in opposition to Plaintiffs' motion will require approximately ten (10) additional pages (for a total of forty (40) pages) to fully brief the issues before the Court. Please advise if this request is approved at your earliest convenience.

Thank you for your continued courtesies in this matter.

Respectfully yours,

*Jennifer J. Corcoran*

Jennifer J. Corcoran
Assistant Attorney General

cc:     All Counsel of Record (via ECF)